AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Yinglu Yao, Individually and on behalf of all others similarly situated,

V.

FUWEI FILMS (HOLDINGS) CO., LTD, XIAON HE, JUN YIN, DUO WANG, TONGJU ZHOU

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 9416

JUDGE SULLIVAN

TO: (Name and address of Defendant)

FUWEI FILMS (HOLDINGS) CO., LTD
c/o CT CORPORATION SYSTEM (Registered Agent)
111 Eighth Avenue
New York, New York 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    OCT 19 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/22/07 |
| NAME OF SERVER (PRINT) Nathan Huddell | TITLE Paralegal - The Rosen Law Firm |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CT Corporation System (Registered Agent) 111 Eighth Avenue, New York, NY, 10011. Served on Elena Bou, Process Specialist.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/22/07
             Date                      Signature of Server

350 Fifth Avenue, Suite 5508, New York, NY, 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.