December 13, 2007

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

    Re: *Yao v. Fuwei Films (Holdings) Co. Ltd.*, 07 Civ. 9416 (and all related cases)

Dear Judge Sullivan:

    Dreier LLP has been retained by an investor in Fuwei Films who wishes to make a motion for appointment as lead plaintiff in the above-referenced securities fraud class action. The Private Securities Litigation Reform Act of 1995 (the "PSLRA") requires that any class member who seeks appointment as lead plaintiff make a motion no later than sixty days following publication of the first notice issued advising investors of the pendency of the action. *See* 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). In this case, the first notice was published on October 19, 2007; accordingly, lead plaintiff motions must be filed no later than Tuesday, December 18, 2007.

    Under the PSLRA, filing a complaint is not a prerequisite to filing a lead plaintiff motion. Thus, it is impossible to know how many or which class members will file lead plaintiff motions. In light of these facts, and since this motion is required by the PSLRA, we respectfully request that the Court dispense with Rule 2(A) of the Court's Individual Practices regarding pre-motion conferences. If, however, Your Honor wishes to hold a pre-motion conference, we are available to attend.

Respectfully,

Daniel B. Scotti

cc: Phillip Kim, Esq. (by facsimile)
    Joseph H. Weiss, Esq. (by facsimile)
    Jules Brody, Esq. (by facsimile)

---

*Handwritten order:* Counsel may file their motion without further submission.

SO ORDERED
Dated: 12/13/07
RICHARD J. SULLIVAN
U.S.D.J.