**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>         vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>              Defendants. | ) ) ) ) )  Case No. 07 Civ 9416 (RJS) ) ) ) ) ) ) ) ) |

---

| | |
|---|---|
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>         vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>              Defendants. | ) ) ) ) )  Case No. 07 Civ 10323 (RJS) ) ) ) ) ) ) ) ) ) ) |

---

**DECLARATION OF JOSEPH H. WEISS IN SUPPORT OF**
**MOTION OF PROPOSED LEAD PLAINTIFFS MEIRA RUBIN AND**
**COSTACHI LERU FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS**
**AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

    JOSEPH H. WEISS, declares as follows:

    1.     I am admitted to practice in New York and am a partner with the law firm of

Weiss & Lurie, counsel for Meira Rubin and Costachi Leru, proposed Lead Plaintiffs herein.  I

submit this declaration in support of Proposed Lead Plaintiffs Meira Rubin and Costachi Leru's

Motion for Consolidation, Appointment as Lead Plaintiffs and Approval of their Selection of

Lead Counsel.

2.    Attached hereto as Exhibit A is a copy of the notice published over MarketWire

on October 19, 2007.

3.    Attached hereto as Exhibit B are loss charts estimating the damages suffered by

Meira Rubin and Costachi Leru as a result of purchases of Fuwei securities during the Class

Period.

3.    Attached hereto as Exhibit C are the certifications of Meira Rubin and Costachi

Leru.

4.    Attached hereto as Exhibit D is a true and accurate copy of the firm biography of

Weiss & Lurie.

5.    Attached hereto as Exhibit E is a true and accurate copy of the Complaint filed in

the Rubin action.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Executed this 18th day of December, 2007, at New York, New York.


　　　　　　　　　　　　　　　s/ Joseph H. Weiss
　　　　　　　　　　　　　　　JOSEPH H. WEISS