# EXHIBIT B

# Fuwei Films (Holdings) Co., Ltd.
Movants Register and Transaction Report

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) |
|---|---|---|---|---|---|---|---|---|---|
| Leru, Costachi | 11/7/2007 | 30,000 | $ 5.15 | $ 154,350.00 | 11/15/2007 | 30,000 | $ 2.72 | $ 81,450.00 | $ (72,900.00) |
| Rubin, Meira | 12/19/2006 | 500 | $ 8.28 | $ 4,140.00 | 12/6/2007 | 500 | $ 7.50 | $ 3,750.00 | $ (4,402.10) |
|  | 12/19/2006 | 1,000 | $ 8.28 | $ 8,280.00 |  |  |  |  |  |
|  |  | 1,500 |  | $ 12,420.00 |  |  |  |  |  |
| **TOTALS:** |  | **31,500** |  | **$ 166,770.00** |  | **30,500** |  | **$ 82,200.00** | **$ (77,302.10)** |

**Explanatory notes**

The total estimated damages of each Proposed Lead Plaintiff has been calculated in the following manner:

1) <u>Common stock sold within the Class Period:</u>
Damages with respect to shares sold within the Class Period have been based upon each proposed lead plaintiff's actual loss. Each Proposed Lead Plaintiff's actual loss has been offset by any gain realized by plaintiff as a result of sales made within the Class Period.

2) <u>Common stock still held:</u>
Purchase price of Fuwei Films (Holdings) Co., Ltd. common stock still held minus the mean trading price of Fuwei Films (Holdings) Co., Ltd. common stock between 11/13/2007 and 12/17/2007 ($4.2679) multiplied by the number of shares held.

3) <u>Common stock sold after the Class Period:</u>
For shareholders who sold their shares after the end of the Class Period, their actual (non statutory) losses were calculated.

4) All calculations have been performed using the First-In-First-Out ("FIFO") method of matching trades.

5) All losses have been calculated exclusive of costs, commissions and fees.

Page 1