# EXHIBIT C

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

MEIRA RUBIN ("Plaintiff") certifies as follows:

1. I have reviewed a draft complaint against Fuwei Films (Holdings) Co., Ltd. and others and authorize its filing.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as the representative party, including providing testimony at deposition and trial, if necessary.

4. On December 19, 2006, I purchased 1,500 shares of Fuwei Films (Holdings) Co., Ltd. in the IPO at a price of $8.28. I still retain all the shares of Fuwei Films (Holdings) Co., Ltd.

5. I have not sought to serve as the representative party in any federal securities case in the last three years.

6. I will not accept any payment for serving as the representative party beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

7. I hereby certify, under penalty of perjury, that the foregoing is true and correct to the best of my current knowledge, information and belief.

DATED:   November 12, 2007

_____
Meira Rubin

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Costachi Leru, hereby certify that the following is true and correct to the best of my current knowledge, information and belief:

1. I have reviewed the complaint styled Rubin v. Fuwei Films (Holdings) Co., Ltd., et al., 07-10323, U.S.D.C., Southern District of New York, which was filed on behalf of all others similarly situated. If necessary, I authorize the filing of a similar complaint on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Certification.

4. To the best of my current knowledge, the following are all my transactions in Fuwei Films (Holdings) Co., Ltd. securities during the period from the Initial Public Offering on or about December 19, 2006 and through November 12, 2007:

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| Purchased 11/07/07 | | 30,000 | 5.145 |
| Sold on 11/15/07 | | 30,000 | 2.725 |

5. During the last three years, I have not served or sought to serve as a class representative in any case brought under the federal securities laws.

6. I have not been promised any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

Signed under penalty of perjury this 26 day of November, 2007.

*Costachi Leru*
———————————
Costachi Leru