UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>Defendants. | Case No. 07 Civ 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>Defendants. | Case No. 07 Civ 10323 (RJS) |

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of December, 2007, a true and correct copy of the Notice of Motion and Motion of Proposed Lead Plaintiffs Meira Rubin and Costachi Leru for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel, the Declaration of Joseph H. Weiss in Support of Motion of Proposed Lead Plaintiffs Meira Rubin and Costachi Leru for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection

of Lead Counsel, the Memorandum of Law in Support of Motion of Proposed Lead Plaintiffs Meira Rubin and Costachi Leru for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel, and the [Proposed] Order, together with the exhibits annexed thereto, were also served on each of the parties set forth below via first class mail:

Alyson M. Weiss, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000
(212) 202-6127 (Fax)

Counsel for Defendant Fuwei Films (Holdings) Co., Ltd.

Caryn G. Schechtman, Esq.
Joshua S. Sohn, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4593
(212) 884-8593 (Fax)

Counsel for Defendants Maxim Group LLC, Chardan Capital Markets, LLC, and WR Hambrecht & Co., LLC

                                  s/ Joseph H. Weiss
                                WEISS & LURIE
                                Joseph H. Weiss (JW-4534)
                                Jack I. Zwick (JZ-2514)
                                David C. Katz (DK-6235)
                                551 Fifth Avenue
                                New York, NY 10176
                                (212) 682-3025