**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>     Defendants. | Case No. 07 Civ. 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>     Defendants. | Case No. 07 Civ. 10323 (RJS) |

**NOTICE OF MOTION OF SIAMAK NAZHAND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF HIS SELECTION OF LEAD COUNSEL; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time designated by the Court, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Siamak Nazhand ("Nazhand"), will respectfully move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, for entry of an Order appointing Nazhand as Lead Plaintiff in the above-captioned actions, approving his choice of Dreier LLP as Lead Counsel for the Class, and consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure. In support of this motion, Nazhand submits the accompanying memorandum of law and the declaration of Daniel B. Scotti.

DATED:   December 18, 2007                **DREIER LLP**

By: /s/ Daniel B. Scotti
Daniel B. Scotti
Rebecca Tingey
499 Park Avenue
New York, New York 10022
Telephone:  (212) 328-6100

*Counsel for Siamak Nazhand and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on this 18th day of December by ECF notification on the following:

Phillip C. Kim, Esq.
The Rosen Law Firm P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
pkim@rosenlegal.com

Laurence Matthew Rosen, Esq.
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
lrosen@rosenlegal.com

Jules Brody, Esq.
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
ssbny@aol.com

Mark David Smilow, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York, NY 10176
msmilow@weisslurie.com

Joseph Harry Weiss, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Ave,
New York, NY 10176
jweiss@weisslurie.com

Jack I. Zwick, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York, NY 10176
jzwick@weisslurie.com

And via U.S. Mail on the following:

Alyson M. Weiss, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037

Counsel for Defendant Fuwei Films (Holdings) Co., Ltd.

Caryn G. Schechtman, Esq.
Joshua S. Sohn, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Counsel for Defendants Maxim Group LLC, Chardan Capital Markets, LLC, and WR Hambrecht & Co., LLC

/s/ Rebecca Tingey
Rebecca Tingey
**DREIER LLP**
499 Park Avenue
New York, New York 10022
Telephone: (212)328-6100
Fax: (212) 710-5968