**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>     Defendants. | Case No. 07 Civ. 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>     Defendants. | Case No. 07 Civ. 10323 (RJS) |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Upon consideration of the motions and supporting papers filed by the various movants for consolidation, appointment as lead plaintiff, and approval of the selection of lead counsel in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a);

3. Class member Siamak Nazhand is hereby **APPOINTED** to serve as Lead Plaintiff in the consolidated action, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act");and

4. Dreier LLP is **APPOINTED** to serve as Lead Counsel for the Class, pursuant to Section 27(a)(3)(B) of the Securities Act.

**SO ORDERED**

DATED: _____, 2007        _____
                                  THE HON. RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE