**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>                    Defendants. | Case No. 07 Civ. 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>                    Defendants. | Case No. 07 Civ. 10323 (RJS) |

**DECLARATION OF DANIEL B. SCOTTI IN SUPPORT OF THE MOTION OF SIAMAK NAZHAND FOR (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF HIS SELECTION OF LEAD COUNSEL; AND (3) CONSOLIDATION OF ALL RELATED ACTIONS**

I, Daniel B. Scotti, declare:

1. I am an attorney in the firm of Dreier LLP. I make this declaration in support of the motion of Siamak Nazhand ("Nazhand") for: (1) appointment of Nazhand as Lead Plaintiff in the above-referenced actions; (2) approval of Nazhand's selection of Dreier LLP as Lead Counsel; (3) consolidation of the above-captioned related actions; and (4) granting whatever further relief the Court may deem just and proper.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: Complaint filed in *Yao v. Fuwei*, No. 07 Civ. 9416;

Exhibit B: Sworn certification of Nazhand which demonstrates class standing and the requisite financial interest in the outcome of the litigation;

Exhibit C: Estimated losses for Nazhand;

Exhibit D: Notice published via Yahoo Finance on October 19, 2007; and

Exhibit E: The Firm Resume of Dreier LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December 2007 at New York, New York.

/s/ Daniel B. Scotti
Daniel B. Scotti

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served on this 18th day of December by ECF notification on the following:

Phillip C. Kim, Esq.
The Rosen Law Firm P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
pkim@rosenlegal.com

Laurence Matthew Rosen, Esq.
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
lrosen@rosenlegal.com

Jules Brody, Esq.
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
ssbny@aol.com

Mark David Smilow, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York, NY 10176
msmilow@weisslurie.com

Joseph Harry Weiss, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Ave,
New York, NY 10176
jweiss@weisslurie.com

Jack I. Zwick, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York, NY 10176
jzwick@weisslurie.com

And via U.S. Mail on the following:

Alyson M. Weiss, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037

Counsel for Defendant Fuwei Films (Holdings) Co., Ltd.

Caryn G. Schechtman, Esq.
Joshua S. Sohn, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Counsel for Defendants Maxim Group LLC, Chardan Capital Markets, LLC, and WR Hambrecht & Co., LLC

/s/ Rebecca Tingey
Rebecca Tingey
**DREIER LLP**
499 Park Avenue
New York, New York 10022
Telephone: (212)328-6100
Fax: (212) 710-5968