# EXHIBIT B

## PLAINTIFF'S CERTIFICATION
## FUWEI FILMS

I, Siamak Nazhand, hereby declare under penalty of perjury that:

1. I have reviewed the complaint filed in this action and have authorized the filing of a related or an amended complaint based upon similar allegations.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions during the Class Period (12/19/06-11/12/07) are as set forth below:

Purchases

| Date of Purchases | Number of Shares Purchased | Price per Share |
|---|---|---|
| See Attached Schedule A | | |

Sales

| Date of Sale(s) | Number of Shares Sold | Price per Share |
|---|---|---|
| See Attached Schedule A | | |

5. I have made no transactions that are the subject of this action except for those set forth above.

6. During the three years prior to the date of this Certification, I have not sought to serve or served as a representative party for a class action under the federal securities laws except in this litigation.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of DEC, 2007

_____
Signature

Siamak Nazhand

1

## SCHEDULE A

**Common Stock**

| Date | Transaction (Purchase or Sale) | No. Shares | Price Per Share |
|---|---|---|---|
| 1/3/2007 | Purchase | 1280 | $16.13 |
| 1/3/2007 | Purchase | 200 | $16.13 |
| 1/3/2007 | Purchase | 520 | $16.13 |
| 1/18/2007 | Purchase | 3000 | $13.44 |
| 1/18/2007 | Purchase | 1000 | $13.44 |
| 1/18/2007 | Purchase | 200 | $13.14 |
| 1/18/2007 | Purchase | 500 | $13.14 |
| 2/8/2007 | Purchase | 500 | $11.50 |
| 2/8/2007 | Purchase | 100 | $11.50 |
| 2/8/2007 | Purchase | 300 | $11.50 |
| 4/9/2007 | Purchase | 700 | $11.40 |
| 4/9/2007 | Purchase | 700 | $11.40 |
| 4/9/2007 | Purchase | 1600 | $11.40 |
| 6/19/2007 | Purchase | 745 | $6.40 |
| 6/19/2007 | Purchase | 200 | $6.40 |
| 6/19/2007 | Purchase | 700 | $6.40 |
| 6/19/2007 | Purchase | 100 | $6.40 |
| 6/19/2007 | Purchase | 3000 | $6.40 |
| 6/19/2007 | Purchase | 1355 | $6.40 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 200 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 245 | $6.99 |
| 6/19/2007 | Purchase | 500 | $6.99 |
| 6/19/2007 | Purchase | 346 | $6.99 |
| 6/19/2007 | Purchase | 154 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 246 | $6.99 |
| 6/19/2007 | Purchase | 254 | $6.99 |
| 6/19/2007 | Purchase | 246 | $6.99 |
| 6/19/2007 | Purchase | 500 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 54 | $6.99 |
| 6/19/2007 | Purchase | 55 | $6.99 |
| 6/19/2007 | Purchase | 391 | $6.99 |
| 6/19/2007 | Purchase | 500 | $6.99 |
| 6/19/2007 | Purchase | 500 | $6.99 |
| 6/19/2007 | Purchase | 500 | $6.99 |
| 6/19/2007 | Purchase | 9 | $6.99 |

| Date | Transaction (Purchase or Sale) | No. Shares | Price Per Share |
|---|---|---|---|
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 391 | $6.99 |
| 6/19/2007 | Purchase | 109 | $6.99 |
| 6/19/2007 | Purchase | 43 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 248 | $6.99 |
| 6/19/2007 | Purchase | 252 | $6.99 |
| 6/19/2007 | Purchase | 100 | $6.99 |
| 6/19/2007 | Purchase | 148 | $6.99 |
| 6/19/2007 | Purchase | 200 | $6.99 |
| 6/19/2007 | Purchase | 47 | $6.99 |
| 6/19/2007 | Purchase | 353 | $6.99 |
| 6/19/2007 | Purchase | 147 | $6.99 |
| 6/19/2007 | Purchase | 762 | $6.99 |
| 6/19/2007 | Purchase | 50 | $6.99 |
| 6/19/2007 | Purchase | 50 | $7.20 |
| 6/19/2007 | Purchase | 150 | $7.20 |
| 6/19/2007 | Purchase | 650 | $7.20 |
| 6/19/2007 | Purchase | 295 | $7.20 |
| 6/19/2007 | Purchase | 200 | $7.20 |
| 6/19/2007 | Purchase | 900 | $7.20 |
| 6/19/2007 | Purchase | 200 | $7.20 |
| 6/19/2007 | Purchase | 555 | $7.20 |
| 6/19/2007 | Purchase | 245 | $7.20 |
| 6/19/2007 | Purchase | 10 | $7.20 |
| 6/19/2007 | Purchase | 85 | $7.20 |
| 6/19/2007 | Purchase | 15 | $7.20 |
| 6/19/2007 | Purchase | 495 | $7.20 |
| 6/19/2007 | Purchase | 100 | $7.20 |
| 6/19/2007 | Purchase | 100 | $7.20 |
| 6/19/2007 | Purchase | 3140 | $7.20 |
| 6/19/2007 | Purchase | 10 | $7.20 |
| 6/19/2007 | Purchase | 400 | $7.20 |
| 6/20/2007 | Purchase | 1000 | $8.00 |
| 6/20/2007 | Purchase | 250 | $8.00 |
| 6/20/2007 | Purchase | 250 | $8.00 |
| 6/20/2007 | Purchase | 250 | $8.00 |
| 6/20/2007 | Purchase | 679 | $8.00 |
| 6/20/2007 | Purchase | 871 | $8.00 |
| 7/3/2007 | Purchase | 500 | $7.60 |
| 7/3/2007 | Purchase | 250 | $7.60 |
| 7/3/2007 | Purchase | 100 | $7.60 |
| 7/3/2007 | Purchase | 300 | $7.60 |
| 7/3/2007 | Purchase | 350 | $7.60 |
| 7/6/2007 | Purchase | 3250 | $7.79 |

| Date | Transaction (Purchase or Sale) | No. Shares | Price Per Share |
|---|---|---|---|
| 7/6/2007 | Purchase | 100 | $7.79 |
| 7/6/2007 | Purchase | 500 | $7.79 |
| 7/6/2007 | Purchase | 100 | $7.79 |
| 7/6/2007 | Purchase | 100 | $7.79 |
| 7/6/2007 | Purchase | 200 | $7.79 |
| 7/6/2007 | Purchase | 100 | $7.79 |
| 7/6/2007 | Purchase | 100 | $7.79 |
| 7/6/2007 | Purchase | 700 | $7.79 |
| 8/8/2007 | Purchase | 100 | $6.87 |
| 8/8/2007 | Purchase | 70 | $6.87 |
| 8/8/2007 | Purchase | 230 | $6.99 |
| 8/8/2007 | Purchase | 100 | $6.99 |
| 8/8/2007 | Purchase | 300 | $6.99 |
| 8/8/2007 | Purchase | 100 | $6.99 |
| 8/8/2007 | Purchase | 2200 | $6.99 |
| 8/8/2007 | Purchase | 200 | $6.99 |
| 8/8/2007 | Purchase | 300 | $6.99 |
| 8/8/2007 | Purchase | 100 | $6.99 |
| 8/8/2007 | Purchase | 1800 | $6.99 |
| 11/8/2007 | Sale | 1800 | $5.06 |
| 11/8/2007 | Sale | 100 | $5.06 |
| 11/8/2007 | Sale | 300 | $5.03 |
| 11/8/2007 | Sale | 200 | $5.06 |
| 11/8/2007 | Sale | 2200 | $5.03 |
| 11/8/2007 | Sale | 100 | $5.06 |
| 11/8/2007 | Sale | 300 | $5.10 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 230 | $5.03 |
| 11/8/2007 | Sale | 70 | $5.03 |
| 11/8/2007 | Sale | 100 | $5.04 |
| 11/8/2007 | Sale | 700 | $5.01 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 200 | $5.03 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 100 | $5.02 |
| 11/8/2007 | Sale | 500 | $5.01 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 3250 | $5.01 |
| 11/8/2007 | Sale | 350 | $5.01 |
| 11/8/2007 | Sale | 300 | $5.02 |
| 11/8/2007 | Sale | 100 | $5.02 |
| 11/8/2007 | Sale | 250 | $5.01 |
| 11/8/2007 | Sale | 500 | $5.01 |
| 11/8/2007 | Sale | 871 | $5.01 |

| Date | Transaction (Purchase or Sale) | No. Shares | Price Per Share |
|---|---|---|---|
| 11/8/2007 | Sale | 679 | $5.01 |
| 11/8/2007 | Sale | 250 | $5.01 |
| 11/8/2007 | Sale | 250 | $5.01 |
| 11/8/2007 | Sale | 250 | $5.01 |
| 11/8/2007 | Sale | 1000 | $5.01 |
| 11/8/2007 | Sale | 400 | $5.01 |
| 11/8/2007 | Sale | 10 | $5.01 |
| 11/8/2007 | Sale | 3140 | $5.01 |
| 11/8/2007 | Sale | 100 | $5.04 |
| 11/8/2007 | Sale | 100 | $5.03 |
| 11/8/2007 | Sale | 495 | $5.02 |
| 11/8/2007 | Sale | 15 | $5.02 |
| 11/8/2007 | Sale | 85 | $5.02 |
| 11/8/2007 | Sale | 10 | $5.03 |
| 11/8/2007 | Sale | 245 | $5.05 |
| 11/8/2007 | Sale | 555 | $5.05 |
| 11/8/2007 | Sale | 200 | $5.04 |
| 11/8/2007 | Sale | 900 | $5.05 |
| 11/8/2007 | Sale | 200 | $5.05 |
| 11/8/2007 | Sale | 295 | $5.06 |
| 11/8/2007 | Sale | 650 | $5.03 |
| 11/8/2007 | Sale | 150 | $5.03 |
| 11/8/2007 | Sale | 50 | $5.02 |
| 11/8/2007 | Sale | 50 | $5.02 |
| 11/8/2007 | Sale | 762 | $5.01 |
| 11/8/2007 | Sale | 147 | $5.01 |
| 11/8/2007 | Sale | 353 | $5.01 |
| 11/8/2007 | Sale | 47 | $5.01 |
| 11/8/2007 | Sale | 200 | $5.01 |
| 11/8/2007 | Sale | 148 | $5.01 |
| 11/8/2007 | Sale | 100 | $5.01 |
| 11/8/2007 | Sale | 252 | $5.02 |
| 11/8/2007 | Sale | 248 | $5.02 |
| 11/8/2007 | Sale | 100 | $5.01 |
| 11/8/2007 | Sale | 43 | $5.01 |
| 11/8/2007 | Sale | 109 | $5.01 |
| 11/8/2007 | Sale | 391 | $5.01 |
| 11/8/2007 | Sale | 100 | $5.01 |
| 11/8/2007 | Sale | 9 | $5.01 |
| 11/8/2007 | Sale | 500 | $5.01 |
| 11/8/2007 | Sale | 500 | $5.01 |
| 11/8/2007 | Sale | 500 | $5.01 |
| 11/8/2007 | Sale | 391 | $5.01 |
| 11/9/2007 | Sale | 55 | $4.75 |
| 11/9/2007 | Sale | 54 | $4.75 |

5

| Date | Transaction (Purchase or Sale) | No. Shares | Price Per Share |
|---|---|---|---|
| 11/9/2007 | Sale | 100 | $4.75 |
| 11/9/2007 | Sale | 500 | $4.75 |
| 11/9/2007 | Sale | 246 | $4.75 |
| 11/9/2007 | Sale | 254 | $4.73 |
| 11/9/2007 | Sale | 246 | $4.73 |
| 11/9/2007 | Sale | 100 | $4.70 |
| 11/9/2007 | Sale | 154 | $4.75 |
| 11/9/2007 | Sale | 346 | $4.75 |
| 11/9/2007 | Sale | 500 | $4.70 |
| 11/9/2007 | Sale | 245 | $4.75 |
| 11/9/2007 | Sale | 100 | $4.75 |
| 11/9/2007 | Sale | 200 | $4.75 |
| 11/9/2007 | Sale | 100 | $4.75 |
| 11/9/2007 | Sale | 100 | $4.75 |
| 11/9/2007 | Sale | 1355 | $4.75 |
| 11/9/2007 | Sale | 3000 | $4.70 |
| 11/9/2007 | Sale | 100 | $4.70 |
| 11/9/2007 | Sale | 700 | $4.70 |
| 11/9/2007 | Sale | 200 | $4.70 |
| 11/9/2007 | Sale | 745 | $4.70 |
| 11/9/2007 | Sale | 1600 | $4.70 |
| 11/9/2007 | Sale | 700 | $4.70 |
| 11/9/2007 | Sale | 700 | $4.70 |
| 11/9/2007 | Sale | 300 | $4.70 |
| 11/9/2007 | Sale | 100 | $4.74 |
| 11/9/2007 | Sale | 500 | $4.73 |
| 11/9/2007 | Sale | 500 | $4.73 |
| 11/9/2007 | Sale | 200 | $4.68 |
| 11/9/2007 | Sale | 1000 | $4.67 |
| 11/9/2007 | Sale | 3000 | $4.67 |
| 11/9/2007 | Sale | 520 | $4.67 |
| 11/9/2007 | Sale | 200 | $4.67 |
| 11/9/2007 | Sale | 1280 | $4.67 |