# EXHIBIT C

**FUWEI: SIAMAK NAZHAND LOSSES**

| Date | Buy/Sale | Shares | PPS |
|---|---|---|---|
| 1/3/2007 | Buy | 1280 | $16.130 |
| 1/3/2007 | Buy | 200 | $16.130 |
| 1/3/2007 | Buy | 520 | $16.130 |
| 1/18/2007 | Buy | 3000 | $13.440 |
| 1/18/2007 | Buy | 1000 | $13.440 |
| 1/18/2007 | Buy | 200 | $13.140 |
| 1/18/2007 | Buy | 500 | $13.140 |
| 2/8/2007 | Buy | 500 | $11.500 |
| 2/8/2007 | Buy | 100 | $11.500 |
| 2/8/2007 | Buy | 300 | $11.500 |
| 4/9/2007 | Buy | 700 | $11.400 |
| 4/9/2007 | Buy | 700 | $11.400 |
| 4/9/2007 | Buy | 1600 | $11.400 |
| 6/19/2007 | Buy | 745 | $6.400 |
| 6/19/2007 | Buy | 200 | $6.400 |
| 6/19/2007 | Buy | 700 | $6.400 |
| 6/19/2007 | Buy | 100 | $6.400 |
| 6/19/2007 | Buy | 3000 | $6.400 |
| 6/19/2007 | Buy | 1355 | $6.400 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 200 | $6.990 |
| 6/19/2007 | Buy | 500 | $6.990 |
| 6/19/2007 | Buy | 245 | $6.990 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 346 | $6.990 |
| 6/19/2007 | Buy | 154 | $6.990 |
| 6/19/2007 | Buy | 246 | $6.990 |
| 6/19/2007 | Buy | 254 | $6.990 |
| 6/19/2007 | Buy | 246 | $6.990 |
| 6/19/2007 | Buy | 500 | $6.990 |

| Date | Action | Quantity | Price |
|---|---|---|---|
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 54 | $6.990 |
| 6/19/2007 | Buy | 55 | $6.990 |
| 6/19/2007 | Buy | 391 | $6.990 |
| 6/19/2007 | Buy | 500 | $6.990 |
| 6/19/2007 | Buy | 500 | $6.990 |
| 6/19/2007 | Buy | 500 | $6.990 |
| 6/19/2007 | Buy | 9 | $6.990 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 391 | $6.990 |
| 6/19/2007 | Buy | 109 | $6.990 |
| 6/19/2007 | Buy | 43 | $6.990 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 248 | $6.990 |
| 6/19/2007 | Buy | 252 | $6.990 |
| 6/19/2007 | Buy | 100 | $6.990 |
| 6/19/2007 | Buy | 148 | $6.990 |
| 6/19/2007 | Buy | 200 | $6.990 |
| 6/19/2007 | Buy | 47 | $6.990 |
| 6/19/2007 | Buy | 353 | $6.990 |
| 6/19/2007 | Buy | 147 | $6.990 |
| 6/19/2007 | Buy | 762 | $6.990 |
| 6/19/2007 | Buy | 50 | $6.990 |
| 6/19/2007 | Buy | 50 | $7.200 |
| 6/19/2007 | Buy | 150 | $7.200 |
| 6/19/2007 | Buy | 650 | $7.200 |
| 6/19/2007 | Buy | 295 | $7.200 |
| 6/19/2007 | Buy | 200 | $7.200 |
| 6/19/2007 | Buy | 900 | $7.200 |
| 6/19/2007 | Buy | 200 | $7.200 |
| 6/19/2007 | Buy | 555 | $7.200 |
| 6/19/2007 | Buy | 245 | $7.200 |
| 6/19/2007 | Buy | 10 | $7.200 |
| 6/19/2007 | Buy | 85 | $7.200 |
| 6/19/2007 | Buy | 15 | $7.200 |
| 6/19/2007 | Buy | 495 | $7.200 |
| 6/19/2007 | Buy | 100 | $7.200 |

| Date | Buy/Sale | Shares | PPS |
|---|---|---|---|
| 6/19/2007 | Buy | 100 | $7.200 |
| 6/19/2007 | Buy | 3140 | $7.200 |
| 6/19/2007 | Buy | 10 | $7.200 |
| 6/19/2007 | Buy | 400 | $7.200 |
| 6/19/2007 | Buy | 1000 | $8.000 |
| 6/20/2007 | Buy | 250 | $8.000 |
| 6/20/2007 | Buy | 250 | $8.000 |
| 6/20/2007 | Buy | 250 | $8.000 |
| 6/20/2007 | Buy | 679 | $8.000 |
| 6/20/2007 | Buy | 871 | $7.600 |
| 7/3/2007 | Buy | 500 | $7.600 |
| 7/3/2007 | Buy | 250 | $7.600 |
| 7/3/2007 | Buy | 100 | $7.600 |
| 7/3/2007 | Buy | 300 | $7.600 |
| 7/3/2007 | Buy | 350 | $7.790 |
| 7/6/2007 | Buy | 3250 | $7.790 |
| 7/6/2007 | Buy | 100 | $7.790 |
| 7/6/2007 | Buy | 500 | $7.790 |
| 7/6/2007 | Buy | 100 | $7.790 |
| 7/6/2007 | Buy | 200 | $7.790 |
| 7/6/2007 | Buy | 100 | $6.870 |
| 7/6/2007 | Buy | 70 | $6.870 |
| 7/6/2007 | Buy | 100 | $7.790 |
| 7/6/2007 | Buy | 700 | $7.790 |
| 7/6/2007 | Buy | 100 | $6.990 |
| 8/8/2007 | Buy | 230 | $6.990 |
| 8/8/2007 | Buy | 100 | $6.990 |
| 8/8/2007 | Buy | 300 | $6.990 |
| 8/8/2007 | Buy | 100 | $6.990 |
| 8/8/2007 | Buy | 2200 | $6.990 |
| 8/8/2007 | Buy | 200 | $6.990 |
| 8/8/2007 | Buy | 300 | $6.990 |
| 8/8/2007 | Buy | 100 | $6.990 |
| 8/8/2007 | Buy | 1800 | $6.990 |

| Date | Buy/Sale | Shares | PPS | Gain/Loss |
|---|---|---|---|---|
| 11/8/2007 | Sale | 1800 | $5.06 | -$3,473.82 |
| 11/8/2007 | Sale | 100 | $5.06 | -$192.99 |

| Date | Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 11/8/2007 | Sale | 300 | $5.03 | -$587.97 |
| 11/8/2007 | Sale | 200 | $5.06 | -$385.98 |
| 11/8/2007 | Sale | 2200 | $5.03 | -$4,311.78 |
| 11/8/2007 | Sale | 100 | $5.06 | -$192.99 |
| 11/8/2007 | Sale | 300 | $5.10 | -$566.97 |
| 11/8/2007 | Sale | 100 | $5.05 | -$195.99 |
| 11/8/2007 | Sale | 230 | $5.05 | -$450.78 |
| 11/8/2007 | Sale | 70 | $5.03 | -$128.80 |
| 11/8/2007 | Sale | 100 | $5.04 | -$183.00 |
| 11/8/2007 | Sale | 700 | $5.01 | -$1,946.00 |
| 11/8/2007 | Sale | 100 | $5.03 | -$277.00 |
| 11/8/2007 | Sale | 100 | $5.02 | -$276.00 |
| 11/8/2007 | Sale | 200 | $5.03 | -$552.00 |
| 11/8/2007 | Sale | 100 | $5.03 | -$276.00 |
| 11/8/2007 | Sale | 100 | $5.03 | -$276.00 |
| 11/8/2007 | Sale | 500 | $5.03 | -$1,390.00 |
| 11/8/2007 | Sale | 100 | $5.02 | -$276.00 |
| 11/8/2007 | Sale | 250 | $5.01 | -$647.50 |
| 11/8/2007 | Sale | 100 | $5.02 | -$258.00 |
| 11/8/2007 | Sale | 300 | $5.02 | -$774.00 |
| 11/8/2007 | Sale | 350 | $5.01 | -$906.50 |
| 11/8/2007 | Sale | 3250 | $5.03 | -$9,035.00 |
| 11/8/2007 | Sale | 100 | $5.03 | -$276.00 |
| 11/8/2007 | Sale | 500 | $5.01 | -$1,295.00 |
| 11/8/2007 | Sale | 871 | $5.01 | -$2,604.29 |
| 11/8/2007 | Sale | 679 | $5.01 | -$2,030.21 |
| 11/8/2007 | Sale | 250 | $5.01 | -$747.50 |
| 11/8/2007 | Sale | 250 | $5.01 | -$747.50 |
| 11/8/2007 | Sale | 250 | $5.01 | -$747.50 |
| 11/8/2007 | Sale | 1000 | $5.01 | -$2,990.00 |
| 11/8/2007 | Sale | 400 | $5.01 | -$876.00 |
| 11/8/2007 | Sale | 10 | $5.01 | -$21.90 |
| 11/8/2007 | Sale | 3140 | $5.04 | -$6,876.60 |
| 11/8/2007 | Sale | 100 | $5.03 | -$217.00 |
| 11/8/2007 | Sale | 495 | $5.02 | -$1,079.10 |
| 11/8/2007 | Sale | 15 | $5.02 | -$32.70 |
| 11/8/2007 | Sale | 85 | $5.02 | -$185.30 |

| Date | Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 11/8/2007 | Sale | 10 | $5.03 | -$21.70 |
| 11/8/2007 | Sale | 245 | $5.05 | -$526.75 |
| 11/8/2007 | Sale | 555 | $5.05 | -$1,193.25 |
| 11/8/2007 | Sale | 200 | $5.04 | -$432.00 |
| 11/8/2007 | Sale | 900 | $5.05 | -$1,935.00 |
| 11/8/2007 | Sale | 200 | $5.05 | -$430.00 |
| 11/8/2007 | Sale | 295 | $5.06 | -$631.30 |
| 11/8/2007 | Sale | 650 | $5.03 | -$1,410.50 |
| 11/8/2007 | Sale | 150 | $5.03 | -$325.50 |
| 11/8/2007 | Sale | 50 | $5.02 | -$109.00 |
| 11/8/2007 | Sale | 50 | $5.02 | -$98.50 |
| 11/8/2007 | Sale | 762 | $5.01 | -$1,508.76 |
| 11/8/2007 | Sale | 147 | $5.01 | -$291.06 |
| 11/8/2007 | Sale | 353 | $5.01 | -$698.94 |
| 11/8/2007 | Sale | 47 | $5.01 | -$93.06 |
| 11/8/2007 | Sale | 200 | $5.01 | -$396.00 |
| 11/8/2007 | Sale | 148 | $5.01 | -$293.04 |
| 11/8/2007 | Sale | 100 | $5.01 | -$198.00 |
| 11/8/2007 | Sale | 252 | $5.02 | -$496.44 |
| 11/8/2007 | Sale | 248 | $5.02 | -$488.56 |
| 11/8/2007 | Sale | 100 | $5.01 | -$198.00 |
| 11/8/2007 | Sale | 43 | $5.01 | -$85.14 |
| 11/8/2007 | Sale | 109 | $5.01 | -$215.82 |
| 11/8/2007 | Sale | 391 | $5.01 | -$774.18 |
| 11/8/2007 | Sale | 500 | $5.01 | -$990.00 |
| 11/8/2007 | Sale | 500 | $5.01 | -$990.00 |
| 11/8/2007 | Sale | 9 | $5.01 | -$17.82 |
| 11/8/2007 | Sale | 100 | $5.01 | -$198.00 |
| 11/8/2007 | Sale | 391 | $5.01 | -$774.18 |
| 11/8/2007 | Sale | 500 | $5.01 | -$990.00 |
| 11/8/2007 | Sale | 500 | $5.01 | -$990.00 |
| 11/9/2007 | Sale | 55 | $4.75 | -$123.20 |
| 11/9/2007 | Sale | 54 | $4.75 | -$120.96 |
| 11/9/2007 | Sale | 100 | $4.75 | -$224.00 |
| 11/9/2007 | Sale | 500 | $4.75 | -$1,120.00 |
| 11/9/2007 | Sale | 246 | $4.75 | -$551.04 |
| 11/9/2007 | Sale | 254 | $4.73 | -$574.04 |
| 11/9/2007 | Sale | 246 | $4.73 | -$555.96 |

| Date | Type | Quantity | Price | Amount |
|---|---|---|---|---|
| 11/9/2007 | Sale | 100 | $4.70 | -$229.00 |
| 11/9/2007 | Sale | 154 | $4.75 | -$344.96 |
| 11/9/2007 | Sale | 346 | $4.75 | -$775.04 |
| 11/9/2007 | Sale | 500 | $4.70 | -$1,145.00 |
| 11/9/2007 | Sale | 245 | $4.75 | -$548.80 |
| 11/9/2007 | Sale | 100 | $4.75 | -$224.00 |
| 11/9/2007 | Sale | 200 | $4.75 | -$448.00 |
| 11/9/2007 | Sale | 100 | $4.75 | -$224.00 |
| 11/9/2007 | Sale | 1355 | $4.75 | -$2,235.75 |
| 11/9/2007 | Sale | 3000 | $4.70 | -$5,100.00 |
| 11/9/2007 | Sale | 100 | $4.70 | -$170.00 |
| 11/9/2007 | Sale | 700 | $4.70 | -$1,190.00 |
| 11/9/2007 | Sale | 200 | $4.70 | -$340.00 |
| 11/9/2007 | Sale | 745 | $4.70 | -$1,266.50 |
| 11/9/2007 | Sale | 1600 | $4.70 | -$10,720.00 |
| 11/9/2007 | Sale | 700 | $4.70 | -$4,690.00 |
| 11/9/2007 | Sale | 700 | $4.70 | -$4,690.00 |
| 11/9/2007 | Sale | 300 | $4.70 | -$2,040.00 |
| 11/9/2007 | Sale | 100 | $4.74 | -$676.00 |
| 11/9/2007 | Sale | 500 | $4.73 | -$3,385.00 |
| 11/9/2007 | Sale | 500 | $4.73 | -$4,205.00 |
| 11/9/2007 | Sale | 200 | $4.68 | -$1,692.00 |
| 11/9/2007 | Sale | 1000 | $4.67 | -$8,770.00 |
| 11/9/2007 | Sale | 3000 | $4.67 | -$26,310.00 |
| 11/9/2007 | Sale | 520 | $4.67 | -$5,959.20 |
| 11/9/2007 | Sale | 200 | $4.67 | -$2,292.00 |
| 11/9/2007 | Sale | 1280 | $4.67 | -$14,668.80 |

TOTAL  -$172,870.42