**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| YINGLU YAO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>                Defendants. | Case No.: 07-CV-9416 (RJS)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |

-----------------------------------------------------------------X

| | |
|---|---|
| MEIRA RUBIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>FUWEI FILMS HOLDINGS CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS LLC, and W.R. HAMBRECHT & CO., LLC,<br><br>                Defendants. | Case No.: 07-CV-10323 (RJS)<br><br><u>CLASS ACTION</u> |

-----------------------------------------------------------------X

**<u>DECLARATION OF PHILLIP KIM</u>**

Phillip Kim hereby declares under penalty of perjury:

1. I am an attorney with the Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in support of the Motion of Nijat Tonyaz to be appointed Lead Plaintiff, and for approval of the Rosen Law Firm, P.A. to serve as Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service by the Rosen Law Firm, P.A. on October 19, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of Nijat Tonyaz' PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing the losses of Nijat Tonyaz in Fuwei Films securities during the Class Period.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of the Rosen Law Firm, P.A.

New York, New York

Executed: December 18, 2007        /s/ Phillip Kim
                                   Phillip Kim

## CERTIFICATE OF SERVICE

    I hereby certify that on this on the 18th day of December 2007, a true and correct copy of the foregoing DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/ Phillip Kim