Exhibit 3

**LOSS CHART**

| NAME OF SHARHODER | DATE PURCHASED | NUMBER OF SHARES PURCHASED | PRICE PAID PER SHARE | COST | DATE SOLD | NUMBER OF SHARES SOLD | PRICE SOLD PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($5.00) | NET LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonyaz, Nijat | 1/18/2007 | 2,000 | ($13.50) | ($27,000.00) | | | | | | | |
| | 1/17/2007 | 6,000 | ($13.95) | ($83,700.00) | | | | | | | |
| | 1/17/2007 | 5,000 | ($14.00) | ($70,000.00) | | | | | | | |
| | 1/16/2007 | 20,000 | ($14.00) | ($280,000.00) | | | | | | | |
| | **TOTAL** | **33,000** | | **($460,700.00)** | | **TOTAL** | | | **33,000** | **$165,000.00** | **($295,700.00)** |