Exhibit 4

# THE ROSEN LAW FIRM P.A. BIOGRAPHY

## I. ATTORNEYS

**LAURENCE ROSEN - FOUNDING MEMBER**

Laurence Rosen is a 1988 graduate of New York University School of Law. He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University. Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey. Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation. Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia.

**PHILLIP KIM – ASSOCIATE**

Mr. Kim is a graduate of Villanova University School of Law and received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland. Prior to joining The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York in the Special Federal Litigation Division. In that position, Mr. Kim defended a number of class action lawsuits, vertically handled numerous individual actions, and participated in more than

seven trials. Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation. Mr. Kim is admitted to the bars of the State of New York, the United District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

**CHRISTOPHER S. HINTON – OF COUNSEL**

Mr. Hinton is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York, United States District Court for the Eastern District of Wisconsin, and the United States District Court for the District of Nebraska. He received a B.A. degree in Economics and Political Science in 1997, magna cum laude, from Marquette University, where he was elected to Phi Beta Kappa, and received a J.D. degree, cum laude, from University of Illinois College of Law at Champaign in 2002. His primary area of practice is securities and ERISA class action litigation. He co-authored Foreign Investors Serving as Lead Plaintiffs in U.S.- Based Securities Cases, International Practice Section Newsletter (Association of Trial Lawyers of America, Washington, D.C.), Winter 2004 and Spring 2005. Mr. Hinton has been a member of the plaintiffs' bar since 2003 and has focused on class action litigation.

**II.    RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM PA**

In re StockerYale, Inc. Securities Litigation, Case No. 1:05-cv-00177. The Rosen Law Firm served as sole Lead Counsel in this consolidated class action in the U.S. District Court for the District of New Hampshire. The complaint alleged violations of §10b, 20(a) and 20A of the Securities Exchange Act arising out of the issuance of allegedly false and misleading press releases regarding certain contracts the Company claimed to have signed. Plaintiffs settled this class action for a $3.4 million cash payment to class members.

Madden v. Pegasus Communications Corp, Case No. 2:05-cv-0568. The Rosen Law Firm was sole Lead Counsel in this class action in the U.S. District Court for the Eastern District

of Pennsylvania. The action alleged violations of § 10b and 20(a) of the Securities Exchange Act arising out of the issuance of allegedly false and misleading statements concerning the Company's direct broadcast satellite agreement with DirecTV and the Company's reported subscriber growth and totals. Plaintiffs settled this action for a $2.95 million cash payment to class members.

In re TVIA, Inc. Securities Litigation, Case No. C-06-06403-RMW. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Northern District of California. The complaint alleges violations of §10b, 20(a), 20(A) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements by virtue of the Company improperly recognizing revenues in violation of GAAP. The parties have preliminarily agreed to settle this action for $2.85 million cash payment to class members.

In re Robert T. Harvey Securities Litigation, Case No. SA CV-04-0876 DOC (PJWx). The Rosen Law Firm served as Co-Lead Counsel in this class action in the U.S. District Court for the Central District of California and the related California state court class actions. This action alleged violations of §10b and 20(a) of the Securities Exchange Act arising out of the sale of partnership interests that corresponded to the securities of Chaparral Network Storage and AirPrime, Inc., n/.k/a Sierra Wireless, Inc.. Plaintiffs settled this and the related state court actions for an aggregate $2.485 million cash payment to class members.

In re PartsBase.com, Inc. Securities Litigation, Case No. 01-8319. The Rosen Law Firm was Co-Lead Counsel in this class action in the U.S. District Court for the Southern District of Florida. The action arose from a $45.5 million initial public offering of common stock by the defendant issuer and a syndicate of underwriters including Roth Capital Partners and PMG Capital Corp. Co-Lead Counsel obtained a $1.5 million cash settlement for class members.

In re Empyrean Bioscience Securities Litigation, Case No. 1:02CV1439.  This class action in which the Rosen Law Firm was sole Lead Counsel was filed in the U.S. District Court for the Northern District of Ohio.  The action alleged violations of §10b of the Securities Exchange Act based on misrepresentations in defendants' SEC filings and press releases concerning the clinical testing of the Company's GEDA Plus microbicide gel.  After the court denied defendants' motion to dismiss the complaint, the parties briefed the issue of whether the securities were traded in an efficient market. Prior to a decision on market efficiency, Plaintiffs settled the case for a $1.4 million payment to class members.

In re Flight Safety Technologies, Inc. Securities Litigation, Case No. 3:04-cv-1175.  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the District of Connecticut.  The complaint alleges violations of §10b and §20(a) of the Securities Exchange Act arising out of the defendants alleged failure to disclose material adverse information concerning the Company's products under development and misrepresenting the amount of time it would take to commercialize the products. The parties have preliminarily agreed to settle this action for $1.2  million cash payment to class members.

In re: M.H. Meyerson & Co. Securities Litigation, Case No.  02-CV-2724.  This class action, in which the Rosen Law Firm was sole Lead Counsel  was filed in U.S. District Court for District of New Jersey.  The complaint alleged violations of §10b of the Securities Exchange Act based on allegedly false and misleading SEC filings related to the planned launch of an online brokerage business, and other material misrepresentations, which allegedly inflated the price of Meyerson stock during the class period.  Plaintiffs settled the case for a $1.2 million payment to class members.

In re OPUS360 Corp. Securities Litigation, Case No. 01-Civ-2938. The Rosen Law Firm was Co-Lead Counsel for this action brought in the Southern District of New York alleging violations of the federal securities laws arising from a $75.0 million initial public offering of common stock by the defendant issuer and a syndicate of underwriters including JP Morgan and Robertson Stephens, Inc. The Court certified the action as a class action and approved a final settlement.

Huttenstine v. Mast, Case No. 4:05-cv-152 F(3). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Eastern District of North Carolina. The complaint alleges violations of §10b and 20(a) of the Securities Exchange Act arising out of the Company's material misstatements and omissions concerning the nature of certain sales contracts it had entered into. The parties have preliminarily agreed to settle this action this action for $425,000 cash payment to class members.

Fouladian v. Busybox.com, Inc., Case No. BC 248048. The Rosen Law Firm was Co-Lead Counsel in this class action brought in California Superior Court, Los Angeles County. The action arose from a $12.8 million initial public offering of securities by the defendant issuer and underwriter. California and federal securities laws claims (Cal. Corp. Code §25401 and §11 of 1933 Act) were brought on behalf of a nationwide class of public offering investors. The Court approved a $1.0 million cash settlement to a nationwide class of investors.

Gianoukas v. Tullio and Riiska, Case No. 02CC18223. The Rosen Law Firm was lead counsel to a group of twenty-one plaintiffs that brought claims of fraud and negligent misrepresentation in California Superior Court, Orange County against the former Chief Executive and Chief Financial Officers of a publicly traded software company, NQL Inc. The complaint alleged that the officers issued a series of false and misleading press releases

concerning the business of NQL for the purpose of inducing the purchase and retention of NQL securities. Plaintiffs settled the action favorably for a confidential amount.

The BoxLot Company v. InfoSpace, Inc., Case No. GIC 779231. The Rosen Law Firm was plaintiff's counsel for this action filed in California Superior Court, San Diego County which arose from the aborted merger agreement and ultimate sale of The BoxLot Company's assets to InfoSpace. The action alleged violations of California securities laws (Cal. Corp. Code §25400 & §25401) and common laws and sought damages of $92.8 million from InfoSpace and its CEO, Naveen Jain. The case settled favorably for plaintiffs for a confidential amount.

Kinzinger v. Paradigm Medical Industries, Inc., Case No. 03-0922608. This class action pending in Utah State court, in which The Rosen Law Firm is sole Lead Counsel, alleged violations of the Utah Securities Act against Paradigm Medical arising out of false and misleading statements made to investors in a $5.0 million private placement of securities. The Court approved a $625,000 settlement on behalf of the private placement purchasers.

### III. SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM P.A. IS CURRENTLY LEAD COUNSEL

In re Nature's Sunshine Products Securities Litigation, Case No. 2:06-cv-00267-TS-SA. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the District of Utah. The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and misleading statements concerning its financial statements and business practices. The complaint alleges that the Company was able to attain a market capitalization of over $300 million based on the false and misleading statements. This action is in discovery.

Kou v. Medis Technologies, Ltd., Case No. 07-CV-3230 (PAC). The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the United States District

Court for the Southern District of New York. The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading statements regarding the nature of sales contracts the Company entered into with Microsoft. The action is currently at the pleading stage.

<u>Miller v. Dyadic International, Inc. et al.</u>, Case No. 07-80948-CIV-DIMITROULEAS. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending in the U.S. District Court for the Southern District of Florida. The complaint alleges violations of §10b and 20(a) of the Securities Exchange Act arising out of a serious fraud in the Company's once touted Asian operations which resulted in the termination of its CEO, findings that the former CEO had willfully concealed a fraud, a restatement, and a continuing trading halt on the Company's stock by the AMEX. This action is currently at the pleading stage.

<u>In re Northfield Laboratories, Inc. Securities Litigation</u>, Case No. 06 C 1493. The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action pending the U.S. District Court for the Northern District of Illinois. The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's materially false and misleading statements concerning its PolyHeme blood substitute product and business prospects. The complaint alleges that the Company was able to attain a market capitalization of over $550 million based on the false and misleading statements. This action is currently at the pleading stage.

<u>Shiring v. Tier Technologies, Inc., et al.</u>, Case No. 1:06-CV-1276-TSE/BRP. The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Eastern District of Virginia. The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements by virtue of the Company engaging in "earnings

management" in order to manipulate the Company's reported results.  This action is currently at the pleading stage.

Zagami v. Natural Health Trends Corp., et al., Case No. 3:06-CV-1654-D.  The Rosen Law Firm is currently serving as sole Lead Counsel in this class action pending in the U.S. District Court for the Northern District of Texas.  The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading financial statements in violation of GAAP.  This action is currently at the pleading stage.

In re United American Healthcare Securities Litigation, Case No. 2:2005cv72112.  The Rosen Law Firm is currently serving as sole Lead Counsel in this consolidated class action that is currently on appeal with the U.S. Sixth Circuit Court of Appeals from the U.S. District Court for the Eastern District of Michigan.  The complaint alleges violations of § 10b and 20(a) of the Securities Exchange Act arising out the Company's failure to disclose certain information about a contract it had with the State of Tennessee—which accounted for almost all of the Company's revenues.