**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| YINGLU YAO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 07-CV-9416 (RJS) |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **DECLARATION OF PHILLIP KIM IN FURTHER SUPPORT OF NIJAT TONYAZ' MOTION FOR LEAD PLAINTIFF AND IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF** |
| FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU, | |
| Defendants. | |

-----------------------------------------------------------------X

| | |
|---|---|
| MEIRA RUBIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 07-CV-10323 (RJS) |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| FUWEI FILMS HOLDINGS CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS LLC, and W.R. HAMBRECHT & CO., LLC, | |
| Defendants. | |

-----------------------------------------------------------------X

## DECLARATION OF PHILLIP KIM

Phillip Kim hereby declares under penalty of perjury:

1.  I am an attorney with the Rosen Law Firm, P.A., [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in further support of the Motion of Nijat Tonyaz to be appointed Lead Plaintiff and in opposition to the competing motions for lead plaintiff.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the loss chart of Nijat Tonyaz utilizing a $5.00 retained share price and the retained share price used by the Rubin Group-- $4.267.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the results of a nationwide people search for a Siamak Nazhand that I conducted using the services of Intelius at http://www.intelius.com.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a news article published by the Contra Costa Times on February 6, 2000.

New York, New York

Executed: January 7, 2008               /s/ Phillip Kim
                                        Phillip Kim

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of January 2008, a true and correct copy of the foregoing DECLARATION OF PHILLIP KIM IN FURTHER SUPPORT OF NIJAT TONYAZ' MOTION FOR LEAD PLAINTIFF AND IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF was served by CM/ECF to the parties registered to the Court's CM/ECF system.

        /s/ Phillip Kim