# Exhibit 2



Member Status: Basic pkim@rosenlegal.com [Sign Out] | M

Help: 425.974.6100 | V

| Verification Services | Information Services | Protection Services | Business Services |
|---|---|---|---|
| Background Check | People Search | IDWatch | Employee & Tenant |
| Email & Phone Verification | Cell Phone Directory NEW | Criminal & Sex Offender | DMV Driving Record |
| Property & Neighborhood | Business People Search | All Products & Services | Batch & Lead Gener |

### THANK YOU FOR USING INTELIUS, YOUR TRANSACTION WAS SUCCESSFUL.

Your credit card statement will reflect a charge from **INTELIUS** for the amount of **$12.90**

Your Order Number is **10395300**.

Get **10% Off** on ALL purchases for **1 year** with Club Intelius Membership!

You may contact our customer support at **425.974.6100** with any questions.

**PEOPLE SEARCH REPORT - JANUARY 5, 2008**

- **Email This Report To pkim@rosenlegal.com**



| YOUR SEARCH: | |
|---|---|
| NAME: | Siamak Nazhand |

| REPORT CONTENTS: | |
|---|---|
| People Search Report | |

**Run Another People Search Report**

**PEOPLE SEARCH REPORT**



| WHAT IS A PEOPLE SEARCH REPORT? |
|---|
| This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources. |



| PREMIUM CONFIRMATION SERVICE |
|---|
| The **Phone Numbers & Addresses** listed in the report below was verified against public utility. All addresses and phone numl WITHOUT a verified resident and current phone connection are NOT highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities. |

Click on the **NAME** or **BACKGROUND REPORT** Link for More Info.

| | NAME | ADDRESS / PHONE | PREVIOUS CITIES | |
|---|---|---|---|---|
| 1 | **SIAMAK N NAZHAND** (Age: 44)<br>BIRTH DATE: 09/18/1963<br><br>**RELATIVES:**<br>SHIRIN A NAZHAND<br>SUSAN H NAZHAND<br>SIAVASH SANTA CLARA NAZHAND<br>NEDA N NAZHAND<br>MOHAMAD ALI NAZHAND<br>HOMA N NAZHAND<br>SHOKAT NAZHAND<br>SHOUKAT NAZHAND | **ADDRESS 1:**<br>5900 LAGUNA VILLA WAY<br>ELK GROVE, AR 95758<br>(916) 255-1235<br><br>**ADDRESS 2:**<br>127 GRAHAM<br>SAN JOSE, CA 95110<br><br>**ADDRESS 3:**<br>121 GRAHAM AVE | ELK GROVE, AR<br>SAN JOSE, CA<br>CUPERTINO, CA<br>SACRAMENTO, CA<br>SUNNYVALE, CA<br>REDWOOD CITY, CA<br>CAMPBELL, CA<br>PALO ALTO, CA | Background Repo |

FARZAN NAZHAND

**SIAMAK NAZHAND** (Age: 44)
**BIRTH DATE:** 09/01/1963

2 **RELATIVES:**
MOHAMAD A NAZHAND
SHOKAT NAZHAND
NEDA NAZHAND

SAN JOSE, CA 95110

**ADDRESS 1:**
1742 SAND HILL RD
PALO ALTO, CA 94304

PALO ALTO, CA

**Background Repo**

## Background Information

**Personal Background Check** | Employment Background Check

First Name    MI    Last Name    State
                                 Select a State

Current/Previous Address (Optional)    City (Optional)

SEARCH

Looking for an address and phone number? **Try People Search**

Bookmark Intelius | Help | About | Careers | Privacy | Contact Us | FAQ | Terms & Conditions | Site Map | Affiliate
© 2003-2008 Intelius, Inc. (www7-744)
2006 Stevie Awards Best New Company: Intelius CEO Naveen Jain

