UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>           Defendants. | Case No. 07 Civ. 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>           Defendants. | Case No. 07 Civ. 10323 (RJS) |

**NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

PLEASE TAKE NOTICE that, in light of the fact that another class member with greater financial losses has expressed a desire to serve as lead plaintiff and otherwise appears to satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, Proposed Lead Plaintiff Siamak Nazhand ("Nazhand") hereby withdraws his Motion for Appointment as Lead Plaintiff, Approval of Selection of Lead Counsel and Consolidation of all Related Actions.  This Withdrawal shall have no effect upon Nazhand's rights as a member of the proposed class, including but not limited to the right to share in any recovery from the resolution of these actions through settlement, judgment or otherwise.

DATED:       January 10, 2008                              **DREIER LLP**

/s/  Daniel B. Scotti
Daniel B. Scotti
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served on this 10th day of January by ECF notification on the following:

Phillip C. Kim, Esq.
The Rosen Law Firm P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
pkim@rosenlegal.com

Laurence Matthew Rosen, Esq.
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
lrosen@rosenlegal.com

Joseph Harry Weiss, Esq.
Weiss & Lurie
The Fred French Building
551 Fifth Ave,
New York, NY 10176
jweiss@weisslurie.com

And via U.S. Mail on the following:

Alyson M. Weiss, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037

Counsel for Defendant Fuwei Films
(Holdings) Co., Ltd.

Caryn G. Schechtman, Esq.
Joshua S. Sohn, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

Counsel for Defendants Maxim Group LLC,
Chardan Capital Markets, LLC, and WR
Hambrecht & Co., LLC

    /s/ Rebecca Tingey
Rebecca Tingey
**DREIER LLP**
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101