UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
FILED 1/14/08

| | |
|---|---|
| YINGLU YAO, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, JUN YIN, DUO WANG, TONGJU ZHOU,<br><br>                Defendants. | Case No. 07 Civ. 9416 (RJS) |
| MEIRA RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FUWEI FILMS (HOLDINGS) CO., LTD., XIAOAN HE, LIN TANG, MARK E. STULGA, TONGJU ZHOU, DUO WANG, JUN YIN, MAXIM GROUP LLC, CHARDAN CAPITAL MARKETS, LLC, and WR HAMBRECHT & CO. LLC,<br><br>                Defendants. | Case No. 07 Civ. 10323 (RJS) |

**NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

PLEASE TAKE NOTICE that, in light of the fact that another class member with greater financial losses has expressed a desire to serve as lead plaintiff and otherwise appears to satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, Proposed Lead Plaintiff Siamak Nazhand ("Nazhand") hereby withdraws his Motion for Appointment as Lead Plaintiff, Approval of Selection of Lead Counsel and Consolidation of all Related Actions. This Withdrawal shall have no effect upon Nazhand's rights as a member of the proposed class, including but not limited to the right to share in any recovery from the resolution of these actions through settlement, judgment or otherwise.

DATED:   January 10, 2008             **DREIER LLP**

/s/ Daniel B. Scotti
Daniel B. Scotti
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Plaintiff's withdrawal of motion is hereby granted. The Clerk is directed to terminate the motion located at doc. #10.

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.