```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Fuwei Films Securities Litigation

Case No. 07-CV-9416 (RJS)

[PROPOSED] SCHEDULING ORDER

-------------------------------------------------------------X

WHEREAS, Lead Plaintiff Nijat Tonyaz has made a request, with the consent of the Defendants, for a three-week enlargement of time to file a consolidated class action complaint in the above captioned-matter, and for the establishment of a briefing schedule on Defendants' prospective motions to dismiss said complaint, and the Court having considered the request;

IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff's time to file the consolidated amended complaint is enlarged from February 22, 2008 to March 14, 2008;

2. Defendants' time to answer or otherwise respond to the consolidated amended complaint is enlarged from April 7, 2008 to April 30, 2008;

3. If Defendants move to dismiss, Plaintiffs' opposition shall be filed on or before June 12, 2008; and

4. Defendants' reply, if any, shall be filed on or before July 11, 2008.

SO ORDERED:

_____
HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2/15/08

1