# MEMO ENDORSED

## THE ROSEN LAW FIRM P.A.           *Attorneys-at-Law*

350 Fifth Avenue, Suite 5508
New York, New York, 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Phillip Kim
pkim@rosenlegal.com

February 14, 2008

**BY FEDEX**

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 2/19/08

Re: *In re Fuwei Films Securities Litigation*, Case No. 07-CV-9416 (RJS)

Your Honor:

I am an attorney for the Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff Nijat Tonyaz in the above-referenced consolidated securities class action. I write to request respectfully a three week enlargement of time for Lead Plaintiff to submit a consolidated amended complaint, and to propose a briefing schedule for Defendants' anticipated motions to dismiss. This is the first such request for an enlargement of time and is made with the consent of Defense counsel.[1]

As the Court is aware, this case involves a Chinese corporation—Fuwei Films—and implicates events that occurred in China as they relate to the facts and circumstances of Fuwei Films' acquisition of its main operating assets and any attendant risks thereof. A significant amount of information that counsel has identified and gathered is in the process of being translated into English. This process is taking more time than anticipated. Consequently, an enlargement of time is required so that Lead Counsel can have adequate time to review all the materials and file a consolidated amended complaint.

Additionally, since the Court has yet to set a briefing schedule, the undersigned has conferred with Defense counsel and the parties have agreed to a proposed schedule for Defendants' anticipated motions to dismiss.

If the Court is inclined to grant this request, the schedule would be as follows:

---

[1] Loeb & Loeb is representing Fuwei Films. The Underwriter Defendants, consisting of the Maxim Group, LLC, Chardan Capital Markets, LLC, and WR Hambrecht & Co., LLC are represented by DLA Piper.

1. Lead Plaintiff's time to file the consolidated amended complaint is enlarged from February 22, 2008 to March 14, 2008.

2. Defendants' time to answer or otherwise respond to the consolidated amended complaint is enlarged from April 7, 2008 to April 30, 2008.

3. If Defendants move to dismiss, Plaintiffs' opposition is due on June 12, 2008.

4. Defendants' reply, if any, is due on July 11, 2008.

Pursuant to Your Honor's individual practices, a proposed scheduling order is attached hereto.

We thank the Court for its consideration of our request.


Respectfully submitted,

*[signature]*

Phillip Kim (PK 9384)

Enc.

cc:  Laura Vasey, Esq.
     LOEB & LOEB
     Email: lvasey@loeb.com
     Fax: (212) 202-6127

     Joshua Sohn, Esq.
     DLA PIPER
     Email: Joshua.sohn@dlapiper.com
     Fax: (212) 335-4501


SO ORDERED
Date: 2/15/08
RICHARD J. SULLIVAN
U.S.D.J.