UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Fuwei Films Securities Litigation

Case No. 07-CV-9416 (RJS)

**CERTIFICATE OF SERVICE**

-------------------------------------------------------------X

  I, Phillip Kim, an attorney with the Rosen Law Firm, P.A., hereby certify under penalty of perjury, that I caused to be served the Consolidated Amended Class Action Complaint, dated March 14, 2008, upon the parties set forth in the attached service list, by mailing and depositing a true and correct copy of said document at the James A. Farley Post Office on the following date: March 14, 2008.

  I certify that the foregoing is true and correct.

DATED:  New York, New York

     March 17, 2008

            By:_____
             Phillip Kim, Esq.

1

**SERVICE LIST**

| | |
|---|---|
| Joshua Samuel Sohn, Esq.<br>DLA Piper US LLP (NY)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 335-4500<br>Fax: (212) 335-4501<br>Email: joshua.sohn@dlapiper.com<br><br>Attorneys for Defendants Maxim Group, LLC, WR Hambrecht & Co, LLC, Chardan Capital Markets LLC | Laura M. Vasey, Esq.<br>Allyson Weiss, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, New York 10514<br>Email: lvasey@loeb.com<br>Email: aweiss@loeb.com<br><br>Attorneys for Defendants Fuwei Films (Holdings) Co., Ltd, and Mark Stulga |