Alyson M. Weiss (AW 8474)
Laura M. Vasey (LV 0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Defendants Fuwei Films (Holdings) Co.
and Mark E. Stulga

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
:
YINGLU YAO, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY      :
SITUATED,
:

            Plaintiff,       :    07 CIV 9416 (RJS)

            -against-       :    **NOTICE OF APPEARANCE**

FUWEI FILMS (HOLDINGS) CO., LTD,   :
XIAOAN HE, JUN YIN, DUO WANG,
TONGJU ZHOU,                       :

            Defendants.      :

------------------------------------------------------------X

      PLEASE TAKE NOTICE that Loeb & Loeb LLP hereby appears for and on behalf of Defendants Fuwei Films (Holdings) Co. and Mark E. Stulga in the above-captioned action, and demands that service of all papers and notice herein be served upon:

      Alyson M. Weiss, Esq.
      Laura M. Vasey, Esq.
      Loeb & Loeb LLP
      345 Park Avenue
      New York, New York 10154

Dated: New York, New York
April 16, 2008

                                LOEB & LOEB LLP

                                By: /s/ Laura M. Vasey
                                Alyson M. Weiss (AW 8474)
                                Laura M. Vasey (LV 0847)
                                345 Park Avenue
                                New York, New York 10154-0037
                                (212) 407-4000

                                Attorneys for Defendants Fuwei Films
                                (Holdings) Co. andMark E. Stulga