UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FUWEI FILMS SECURITIES LITIGATION | No. 07 Civ. 9416 (RJS) <br> <u>ORDER</u> |

RICHARD J. SULLIVAN, District Judge:

At the telephone conference on April 18, 2008, the Court adopted the following schedule:

    Defendants' motion to dismiss shall be filed and served on or before May 14, 2008.

    Plaintiffs' opposition papers shall be filed and served on or before June 26, 2008.

    Defendants' reply papers shall be filed and served on or before July 25, 2008.

SO ORDERED.

Dated:     April 18, 2008
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08