UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                :

                                :      INDEX NO. 07 CV 9416 (RJS)
                                :      ECF CASE

*In re*
FUWEI SECURITIES LITIGATION     :      **NOTICE OF MOTION TO
                                :      DISMISS PURSUANT TO
                                  RULE 12(b)(6) OF THE FEDERAL
                              :      <u>RULES OF CIVIL PROCEDURE</u>**

                                :

------------------------------------- X

     **PLEASE TAKE NOTICE** that upon the annexed Declaration of Joshua S. Sohn, dated

May 14, 2008, and all attachments thereto, the accompanying memorandum of law and all other

papers and proceedings in this matter, Defendants Maxim Group LLC, Chardan Capital Markets,

and WR Hambrecht + Co., LLC, by their undersigned attorneys DLA Piper US LLP, will move

this Court, before the Honorable Richard J. Sullivan, in the United States Courthouse for the

Southern District of New York, 500 Pearl Street – Room 615, New York, New York, on a date to

be designated by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure dismissing the consolidated amended class action complaint in this action in its

entirety with prejudice, and for such other and further relief as the Court may deem just and

proper.

Dated:  New York, New York
        May 14, 2008

                                DLA PIPER US LLP

                                By: _Joshua Sohn_____
                                    Joshua S. Sohn
                                    Caryn G. Schechtman
                                    Kevin D. Galbraith
                                1251 Avenue of the Americas
                                New York, NY 10020
                                (212) 335-4500 (Telephone)
                                (212) 335-4501 (Facsimile)
                                joshua.sohn@dlapiper.com

                                Perrie M. Weiner (admitted *pro hac vice*)
                                DLA Piper US LLP
                                1999 Avenue of the Stars
                                Suite 400
                                Los Angeles, CA 90067
                                (310) 595-3000 (Telephone)
                                (310) 595-3300 (Facsimile)

                                *Attorneys for the Underwriter Defendants*