UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
                                        :
                                        :   INDEX NO. 07 CV 9416 (RJS)
                                        :   ECF CASE
*In re*                                 :
FUWEI SECURITIES LITIGATION             :   **DECLARATION OF JOSHUA S. SOHN,**
                                            **ESQ. IN SUPPORT OF MAXIM GROUP**
                                        :   **LLC, CHARDAN CAPITAL MARKETS,**
                                            **AND WR HAMBRECHT + CO., LLC'S**
                                        :   **MOTION TO DISMISS THE**
                                            **CONSOLIDATED AMENDED CLASS**
                                        :   **ACTION COMPLAINT**

                                        :
--------------------------------------- X

      JOSHUA S. SOHN, ESQ. declares pursuant to 28 U.S.C. § 1746 as follows:

      1.    I am a member of the Bar of this Court and a member of DLA Piper US LLP, counsel for Defendants Maxim Group LLC, Chardan Capital Markets, and WR Hambrecht + Co., LLC (the "Underwriters"). I submit this declaration in support of the Underwriters' motion to dismiss.

      2.    Attached as Exhibit A is a true and correct copy of the consolidated amended class action complaint in this case.

      3.    Attached as Exhibit B is a true and correct copy of Fuwei's historical stock price chart, which is publicly available at:

http://finance.yahoo.com/q/hp?s=FFHL&a=11&b=19&c=2006&d=02&e=20&f=2008&g=d&z=66&y=0.

      4.    Attached as Exhibit C is a true and correct copy of Fuwei Films (Holdings) Co., Ltd.'s, ("Fuwei"), Form 6-K, Report of Foreign Private Issuer, Exhibit 99.1, filed June 26, 2007.

5.  Attached hereto as Exhibit D is a true and correct copy of Fuwei's Form 20-F, Annual Report, filed April 14, 2008.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
May 14, 2008

_____
Joshua S. Sohn