# EXHIBIT B

## Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/20/2008 | 2.76 | 3.06 | 2.64 | 2.77 | 44,100 | 2.77 |
| 3/19/2008 | 2.86 | 2.86 | 2.73 | 2.76 | 16,200 | 2.76 |
| 3/18/2008 | 2.76 | 3.00 | 2.52 | 2.90 | 49,600 | 2.90 |
| 3/17/2008 | 2.87 | 2.93 | 2.53 | 2.69 | 82,900 | 2.69 |
| 3/14/2008 | 3.06 | 3.07 | 2.86 | 2.86 | 21,800 | 2.86 |
| 3/13/2008 | 3.07 | 3.10 | 2.99 | 3.02 | 14,000 | 3.02 |
| 3/12/2008 | 3.09 | 3.15 | 2.95 | 3.03 | 79,500 | 3.03 |
| 3/11/2008 | 3.20 | 3.20 | 2.86 | 2.95 | 103,100 | 2.95 |
| 3/10/2008 | 3.37 | 3.37 | 3.12 | 3.13 | 52,100 | 3.13 |
| 3/7/2008 | 3.63 | 3.63 | 3.11 | 3.34 | 143,500 | 3.34 |
| 3/6/2008 | 4.26 | 4.38 | 3.69 | 3.69 | 125,800 | 3.69 |
| 3/5/2008 | 4.29 | 4.38 | 4.24 | 4.33 | 17,800 | 4.33 |
| 3/4/2008 | 4.32 | 4.32 | 4.21 | 4.29 | 20,000 | 4.29 |
| 3/3/2008 | 4.41 | 4.42 | 4.21 | 4.30 | 28,900 | 4.30 |
| 2/29/2008 | 4.44 | 4.51 | 4.35 | 4.44 | 33,800 | 4.44 |
| 2/28/2008 | 4.32 | 4.50 | 4.29 | 4.50 | 9,200 | 4.50 |
| 2/27/2008 | 4.30 | 4.60 | 4.25 | 4.39 | 35,100 | 4.39 |
| 2/26/2008 | 4.16 | 4.36 | 4.16 | 4.31 | 13,600 | 4.31 |
| 2/25/2008 | 4.40 | 4.41 | 3.97 | 4.30 | 39,300 | 4.30 |
| 2/22/2008 | 4.35 | 4.45 | 4.27 | 4.45 | 32,500 | 4.45 |
| 2/21/2008 | 4.40 | 4.42 | 4.37 | 4.40 | 21,000 | 4.40 |
| 2/20/2008 | 4.42 | 4.42 | 4.25 | 4.40 | 24,400 | 4.40 |
| 2/19/2008 | 4.47 | 4.50 | 4.32 | 4.39 | 26,500 | 4.39 |
| 2/15/2008 | 4.42 | 4.42 | 4.26 | 4.38 | 38,700 | 4.38 |
| 2/14/2008 | 4.52 | 4.58 | 4.36 | 4.49 | 19,800 | 4.49 |
| 2/13/2008 | 4.53 | 4.65 | 4.36 | 4.54 | 44,700 | 4.54 |
| 2/12/2008 | 4.29 | 4.80 | 4.29 | 4.52 | 55,900 | 4.52 |
| 2/11/2008 | 4.23 | 4.57 | 4.17 | 4.21 | 27,800 | 4.21 |
| 2/8/2008 | 4.20 | 4.30 | 4.13 | 4.25 | 35,100 | 4.25 |
| 2/7/2008 | 4.25 | 4.35 | 4.13 | 4.24 | 38,400 | 4.24 |
| 2/6/2008 | 4.26 | 4.51 | 3.96 | 4.33 | 103,700 | 4.33 |
| 2/5/2008 | 4.53 | 4.62 | 4.27 | 4.28 | 55,200 | 4.28 |
| 2/4/2008 | 4.58 | 4.75 | 4.39 | 4.57 | 114,600 | 4.57 |
| 2/1/2008 | 3.98 | 4.41 | 3.98 | 4.36 | 56,500 | 4.36 |
| 1/31/2008 | 4.14 | 4.30 | 4.13 | 4.23 | 61,000 | 4.23 |
| 1/30/2008 | 4.39 | 4.39 | 4.02 | 4.21 | 90,700 | 4.21 |
| 1/29/2008 | 4.30 | 4.43 | 4.20 | 4.35 | 54,800 | 4.35 |
| 1/28/2008 | 4.38 | 4.38 | 4.01 | 4.24 | 94,800 | 4.24 |
| 1/25/2008 | 4.34 | 4.71 | 4.00 | 4.20 | 226,500 | 4.20 |
| 1/24/2008 | 3.49 | 4.56 | 3.48 | 4.22 | 264,900 | 4.22 |
| 1/23/2008 | 3.49 | 3.49 | 3.11 | 3.41 | 205,300 | 3.41 |
| 1/22/2008 | 3.35 | 3.67 | 3.11 | 3.51 | 126,200 | 3.51 |
| 1/18/2008 | 4.00 | 4.00 | 3.58 | 3.67 | 137,400 | 3.67 |
| 1/17/2008 | 4.24 | 4.24 | 3.86 | 4.00 | 100,300 | 4.00 |
| 1/16/2008 | 4.33 | 4.57 | 4.20 | 4.22 | 125,100 | 4.22 |
| 1/15/2008 | 4.98 | 4.98 | 4.35 | 4.41 | 85,000 | 4.41 |
| 1/14/2008 | 5.21 | 5.34 | 4.68 | 4.86 | 121,600 | 4.86 |
| 1/11/2008 | 4.82 | 5.26 | 4.77 | 5.12 | 91,000 | 5.12 |
| 1/10/2008 | 5.02 | 5.10 | 4.72 | 4.83 | 73,900 | 4.83 |
| 1/9/2008 | 4.99 | 5.17 | 4.47 | 5.14 | 144,800 | 5.14 |

## Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 1/8/2008 | 4.93 | 5.50 | 4.85 | 5.03 | 142,100 | 5.03 |
| 1/7/2008 | 5.34 | 5.56 | 4.85 | 4.96 | 112,000 | 4.96 |
| 1/4/2008 | 5.76 | 5.76 | 5.27 | 5.39 | 89,400 | 5.39 |
| 1/3/2008 | 6.05 | 6.09 | 5.77 | 5.81 | 70,900 | 5.81 |
| 1/2/2008 | 5.93 | 6.19 | 5.80 | 6.02 | 42,600 | 6.02 |
| 12/31/2007 | 6.25 | 6.34 | 5.81 | 5.97 | 124,800 | 5.97 |
| 12/28/2007 | 6.17 | 6.45 | 6.05 | 6.09 | 83,500 | 6.09 |
| 12/27/2007 | 6.60 | 6.70 | 6.19 | 6.27 | 160,200 | 6.27 |
| 12/26/2007 | 6.05 | 6.89 | 5.96 | 6.45 | 242,400 | 6.45 |
| 12/24/2007 | 6.12 | 6.12 | 6.00 | 6.03 | 30,400 | 6.03 |
| 12/21/2007 | 6.20 | 6.20 | 5.88 | 6.10 | 79,200 | 6.10 |
| 12/20/2007 | 6.15 | 6.29 | 5.95 | 6.05 | 64,900 | 6.05 |
| 12/19/2007 | 5.72 | 6.19 | 5.61 | 6.08 | 143,800 | 6.08 |
| 12/18/2007 | 6.12 | 6.23 | 5.61 | 5.71 | 130,400 | 5.71 |
| 12/17/2007 | 6.51 | 6.51 | 6.05 | 6.07 | 172,400 | 6.07 |
| 12/14/2007 | 6.11 | 6.65 | 6.07 | 6.51 | 195,500 | 6.51 |
| 12/13/2007 | 6.50 | 6.50 | 6.01 | 6.20 | 201,300 | 6.20 |
| 12/12/2007 | 7.40 | 7.40 | 6.52 | 6.58 | 447,000 | 6.58 |
| 12/11/2007 | 6.28 | 7.78 | 6.28 | 6.82 | 1,333,500 | 6.82 |
| 12/10/2007 | 6.22 | 6.48 | 5.85 | 6.27 | 325,800 | 6.27 |
| 12/7/2007 | 6.35 | 6.57 | 5.65 | 6.23 | 695,000 | 6.23 |
| 12/6/2007 | 4.20 | 7.66 | 4.16 | 6.75 | 4,733,000 | 6.75 |
| 12/5/2007 | 3.60 | 4.10 | 3.60 | 4.00 | 280,900 | 4.00 |
| 12/4/2007 | 3.72 | 3.72 | 3.54 | 3.58 | 77,500 | 3.58 |
| 12/3/2007 | 3.80 | 3.80 | 3.54 | 3.73 | 105,800 | 3.73 |
| 11/30/2007 | 4.23 | 4.25 | 3.81 | 3.83 | 207,000 | 3.83 |
| 11/29/2007 | 4.31 | 4.49 | 3.90 | 4.15 | 476,600 | 4.15 |
| 11/28/2007 | 3.40 | 4.20 | 3.38 | 3.73 | 541,400 | 3.73 |
| 11/27/2007 | 3.71 | 3.77 | 3.26 | 3.40 | 348,700 | 3.40 |
| 11/26/2007 | 2.25 | 4.34 | 2.25 | 3.83 | 1,690,300 | 3.83 |
| 11/23/2007 | 2.24 | 2.24 | 2.15 | 2.20 | 94,900 | 2.20 |
| 11/21/2007 | 2.26 | 2.30 | 2.12 | 2.25 | 147,000 | 2.25 |
| 11/20/2007 | 2.48 | 2.57 | 2.32 | 2.32 | 196,100 | 2.32 |
| 11/19/2007 | 2.69 | 2.70 | 2.49 | 2.49 | 215,100 | 2.49 |
| 11/16/2007 | 2.65 | 2.93 | 2.64 | 2.73 | 196,900 | 2.73 |
| 11/15/2007 | 2.81 | 2.94 | 2.60 | 2.63 | 377,400 | 2.63 |
| 11/14/2007 | 3.20 | 3.42 | 3.01 | 3.02 | 132,900 | 3.02 |
| 11/13/2007 | 3.20 | 3.31 | 3.03 | 3.11 | 248,100 | 3.11 |
| 11/12/2007 | 4.69 | 4.69 | 2.92 | 3.11 | 532,700 | 3.11 |
| 11/9/2007 | 4.72 | 4.87 | 4.67 | 4.68 | 171,700 | 4.68 |
| 11/8/2007 | 5.03 | 5.15 | 4.75 | 4.77 | 216,400 | 4.77 |
| 11/7/2007 | 5.16 | 5.40 | 4.95 | 5.10 | 240,900 | 5.10 |
| 11/6/2007 | 5.50 | 6.30 | 4.70 | 5.25 | 548,000 | 5.25 |
| 11/5/2007 | 6.48 | 6.48 | 6.23 | 6.37 | 146,700 | 6.37 |
| 11/2/2007 | 6.82 | 6.86 | 6.40 | 6.61 | 76,500 | 6.61 |
| 11/1/2007 | 6.99 | 7.14 | 6.78 | 6.82 | 105,600 | 6.82 |
| 10/31/2007 | 6.69 | 7.13 | 6.69 | 7.05 | 138,700 | 7.05 |
| 10/30/2007 | 6.69 | 6.80 | 6.50 | 6.64 | 49,500 | 6.64 |
| 10/29/2007 | 6.80 | 6.93 | 6.67 | 6.70 | 53,600 | 6.70 |
| 10/26/2007 | 6.76 | 7.01 | 6.68 | 6.78 | 70,300 | 6.78 |

## Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 10/25/2007 | 6.66 | 6.86 | 6.61 | 6.63 | 115,900 | 6.63 |
| 10/24/2007 | 6.45 | 7.00 | 6.40 | 6.80 | 148,300 | 6.80 |
| 10/23/2007 | 6.33 | 6.56 | 6.33 | 6.49 | 167,300 | 6.49 |
| 10/22/2007 | 6.83 | 6.85 | 6.20 | 6.26 | 337,800 | 6.26 |
| 10/19/2007 | 7.10 | 7.14 | 6.88 | 6.90 | 111,100 | 6.90 |
| 10/18/2007 | 7.05 | 7.39 | 6.91 | 6.97 | 247,000 | 6.97 |
| 10/17/2007 | 7.44 | 7.72 | 6.86 | 7.05 | 406,600 | 7.05 |
| 10/16/2007 | 8.90 | 9.00 | 7.15 | 7.30 | 788,500 | 7.30 |
| 10/15/2007 | 9.78 | 9.87 | 9.33 | 9.55 | 130,500 | 9.55 |
| 10/12/2007 | 9.45 | 9.91 | 9.45 | 9.81 | 176,900 | 9.81 |
| 10/11/2007 | 10.29 | 10.43 | 9.41 | 9.42 | 396,600 | 9.42 |
| 10/10/2007 | 10.24 | 10.46 | 9.80 | 10.25 | 296,400 | 10.25 |
| 10/9/2007 | 9.34 | 10.38 | 9.25 | 10.29 | 712,900 | 10.29 |
| 10/8/2007 | 9.60 | 9.68 | 9.26 | 9.35 | 89,100 | 9.35 |
| 10/5/2007 | 9.50 | 9.74 | 9.05 | 9.41 | 165,800 | 9.41 |
| 10/4/2007 | 9.75 | 9.96 | 9.10 | 9.26 | 301,600 | 9.26 |
| 10/3/2007 | 9.60 | 10.75 | 9.42 | 9.67 | 802,400 | 9.67 |
| 10/2/2007 | 8.50 | 9.99 | 8.30 | 9.71 | 439,200 | 9.71 |
| 10/1/2007 | 8.52 | 8.94 | 8.28 | 8.50 | 245,800 | 8.50 |
| 9/28/2007 | 9.00 | 9.00 | 8.32 | 8.52 | 301,800 | 8.52 |
| 9/27/2007 | 10.38 | 10.38 | 8.89 | 9.04 | 867,700 | 9.04 |
| 9/26/2007 | 8.60 | 9.50 | 8.30 | 9.50 | 602,000 | 9.50 |
| 9/25/2007 | 8.42 | 8.68 | 8.02 | 8.24 | 272,200 | 8.24 |
| 9/24/2007 | 7.97 | 8.68 | 7.52 | 8.36 | 357,800 | 8.36 |
| 9/21/2007 | 8.05 | 8.36 | 7.82 | 7.97 | 398,300 | 7.97 |
| 9/20/2007 | 7.25 | 7.80 | 7.25 | 7.70 | 177,200 | 7.70 |
| 9/19/2007 | 6.75 | 7.28 | 6.74 | 7.23 | 217,500 | 7.23 |
| 9/18/2007 | 6.68 | 6.74 | 6.50 | 6.71 | 63,200 | 6.71 |
| 9/17/2007 | 6.70 | 6.74 | 6.60 | 6.60 | 33,900 | 6.60 |
| 9/14/2007 | 6.68 | 6.75 | 6.59 | 6.63 | 26,500 | 6.63 |
| 9/13/2007 | 6.70 | 6.89 | 6.59 | 6.68 | 44,400 | 6.68 |
| 9/12/2007 | 6.65 | 6.80 | 6.53 | 6.69 | 36,200 | 6.69 |
| 9/11/2007 | 6.65 | 6.90 | 6.55 | 6.56 | 64,500 | 6.56 |
| 9/10/2007 | 6.65 | 6.65 | 6.50 | 6.65 | 39,800 | 6.65 |
| 9/7/2007 | 6.92 | 6.92 | 6.51 | 6.65 | 90,000 | 6.65 |
| 9/6/2007 | 7.11 | 7.12 | 6.89 | 6.99 | 52,500 | 6.99 |
| 9/5/2007 | 7.17 | 7.22 | 7.05 | 7.10 | 34,800 | 7.10 |
| 9/4/2007 | 7.26 | 7.32 | 7.08 | 7.24 | 78,500 | 7.24 |
| 8/31/2007 | 7.70 | 7.74 | 7.35 | 7.36 | 76,700 | 7.36 |
| 8/30/2007 | 7.29 | 7.80 | 7.29 | 7.52 | 173,900 | 7.52 |
| 8/29/2007 | 7.01 | 7.60 | 7.01 | 7.37 | 102,400 | 7.37 |
| 8/28/2007 | 7.44 | 7.44 | 7.00 | 7.02 | 100,200 | 7.02 |
| 8/27/2007 | 6.79 | 7.58 | 6.75 | 7.50 | 269,700 | 7.50 |
| 8/24/2007 | 6.70 | 6.84 | 6.60 | 6.75 | 55,700 | 6.75 |
| 8/23/2007 | 6.70 | 6.76 | 6.40 | 6.65 | 69,100 | 6.65 |
| 8/22/2007 | 6.38 | 6.75 | 6.38 | 6.64 | 107,700 | 6.64 |
| 8/21/2007 | 6.30 | 6.45 | 6.17 | 6.34 | 41,500 | 6.34 |
| 8/20/2007 | 6.35 | 6.38 | 6.13 | 6.30 | 69,400 | 6.30 |
| 8/17/2007 | 6.22 | 6.50 | 5.89 | 6.24 | 92,000 | 6.24 |
| 8/16/2007 | 6.14 | 6.15 | 5.63 | 6.14 | 199,400 | 6.14 |

## Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 8/15/2007 | 6.39 | 6.56 | 6.14 | 6.21 | 116,900 | 6.21 |
| 8/14/2007 | 6.68 | 6.70 | 6.35 | 6.35 | 68,600 | 6.35 |
| 8/13/2007 | 6.61 | 6.85 | 6.55 | 6.62 | 70,200 | 6.62 |
| 8/10/2007 | 6.31 | 6.50 | 6.18 | 6.47 | 155,700 | 6.47 |
| 8/9/2007 | 6.65 | 6.85 | 6.35 | 6.39 | 175,300 | 6.39 |
| 8/8/2007 | 6.54 | 7.04 | 6.36 | 6.72 | 271,700 | 6.72 |
| 8/7/2007 | 6.35 | 6.39 | 6.24 | 6.35 | 93,200 | 6.35 |
| 8/6/2007 | 6.55 | 6.74 | 6.31 | 6.40 | 175,200 | 6.40 |
| 8/3/2007 | 7.01 | 7.13 | 6.59 | 6.70 | 119,700 | 6.70 |
| 8/2/2007 | 6.60 | 7.17 | 6.40 | 7.06 | 255,800 | 7.06 |
| 8/1/2007 | 6.89 | 6.89 | 6.36 | 6.47 | 185,800 | 6.47 |
| 7/31/2007 | 7.53 | 7.76 | 6.89 | 6.89 | 367,200 | 6.89 |
| 7/30/2007 | 8.06 | 8.10 | 7.44 | 7.55 | 280,500 | 7.55 |
| 7/27/2007 | 8.40 | 8.42 | 8.01 | 8.09 | 217,200 | 8.09 |
| 7/26/2007 | 8.80 | 9.09 | 7.99 | 8.39 | 655,700 | 8.39 |
| 7/25/2007 | 8.30 | 8.55 | 7.95 | 8.21 | 209,800 | 8.21 |
| 7/24/2007 | 8.33 | 8.75 | 8.19 | 8.27 | 263,000 | 8.27 |
| 7/23/2007 | 7.62 | 8.69 | 7.57 | 8.46 | 422,300 | 8.46 |
| 7/20/2007 | 7.69 | 7.94 | 7.48 | 7.56 | 111,600 | 7.56 |
| 7/19/2007 | 8.00 | 8.25 | 7.64 | 7.76 | 151,700 | 7.76 |
| 7/18/2007 | 8.02 | 8.08 | 7.90 | 8.00 | 77,900 | 8.00 |
| 7/17/2007 | 8.33 | 8.48 | 8.02 | 8.10 | 198,000 | 8.10 |
| 7/16/2007 | 8.30 | 8.60 | 8.20 | 8.32 | 138,400 | 8.32 |
| 7/13/2007 | 8.32 | 8.58 | 8.30 | 8.37 | 133,700 | 8.37 |
| 7/12/2007 | 8.68 | 8.99 | 8.13 | 8.56 | 651,000 | 8.56 |
| 7/11/2007 | 8.73 | 8.73 | 8.30 | 8.34 | 150,900 | 8.34 |
| 7/10/2007 | 8.64 | 8.64 | 8.25 | 8.56 | 218,000 | 8.56 |
| 7/9/2007 | 7.83 | 8.85 | 7.60 | 8.73 | 884,200 | 8.73 |
| 7/6/2007 | 8.07 | 8.10 | 7.59 | 7.76 | 336,800 | 7.76 |
| 7/5/2007 | 8.40 | 8.48 | 7.78 | 8.07 | 1,366,200 | 8.07 |
| 7/3/2007 | 6.30 | 7.93 | 6.24 | 7.67 | 841,500 | 7.67 |
| 7/2/2007 | 6.25 | 6.41 | 6.16 | 6.27 | 52,400 | 6.27 |
| 6/29/2007 | 6.28 | 6.37 | 6.20 | 6.28 | 113,100 | 6.28 |
| 6/28/2007 | 6.20 | 6.37 | 6.11 | 6.20 | 116,400 | 6.20 |
| 6/27/2007 | 6.44 | 6.44 | 6.13 | 6.19 | 201,200 | 6.19 |
| 6/26/2007 | 6.20 | 6.45 | 6.10 | 6.33 | 288,500 | 6.33 |
| 6/25/2007 | 7.05 | 7.11 | 6.14 | 6.14 | 580,300 | 6.14 |
| 6/22/2007 | 7.64 | 7.64 | 7.14 | 7.15 | 276,700 | 7.15 |
| 6/21/2007 | 7.84 | 7.92 | 7.47 | 7.60 | 528,400 | 7.60 |
| 6/20/2007 | 7.70 | 8.47 | 7.60 | 7.92 | 2,627,400 | 7.92 |
| 6/19/2007 | 6.17 | 7.45 | 6.17 | 7.30 | 1,184,100 | 7.30 |
| 6/18/2007 | 5.74 | 6.18 | 5.74 | 6.15 | 217,500 | 6.15 |
| 6/15/2007 | 5.73 | 5.80 | 5.67 | 5.72 | 66,300 | 5.72 |
| 6/14/2007 | 5.79 | 5.86 | 5.58 | 5.78 | 103,800 | 5.78 |
| 6/13/2007 | 5.95 | 5.95 | 5.75 | 5.79 | 78,700 | 5.79 |
| 6/12/2007 | 5.98 | 5.98 | 5.84 | 5.89 | 83,600 | 5.89 |
| 6/11/2007 | 6.18 | 6.18 | 5.95 | 5.99 | 50,600 | 5.99 |
| 6/8/2007 | 6.00 | 6.16 | 5.85 | 6.11 | 95,100 | 6.11 |
| 6/7/2007 | 6.21 | 6.21 | 6.00 | 6.04 | 91,300 | 6.04 |
| 6/6/2007 | 6.40 | 6.40 | 6.15 | 6.19 | 70,900 | 6.19 |

**Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 6/5/2007 | 6.30 | 6.39 | 6.16 | 6.33 | 61,100 | 6.33 |
| 6/4/2007 | 6.39 | 6.39 | 6.12 | 6.20 | 111,600 | 6.20 |
| 6/1/2007 | 6.11 | 6.46 | 6.11 | 6.40 | 120,000 | 6.40 |
| 5/31/2007 | 6.30 | 6.32 | 6.20 | 6.22 | 55,700 | 6.22 |
| 5/30/2007 | 6.31 | 6.40 | 6.18 | 6.30 | 160,700 | 6.30 |
| 5/29/2007 | 6.51 | 6.51 | 6.35 | 6.44 | 70,400 | 6.44 |
| 5/25/2007 | 6.61 | 6.70 | 6.50 | 6.50 | 77,400 | 6.50 |
| 5/24/2007 | 6.78 | 6.81 | 6.56 | 6.64 | 110,500 | 6.64 |
| 5/23/2007 | 6.96 | 7.07 | 6.74 | 6.79 | 107,400 | 6.79 |
| 5/22/2007 | 6.78 | 7.02 | 6.75 | 6.98 | 118,400 | 6.98 |
| 5/21/2007 | 6.55 | 7.09 | 6.52 | 6.79 | 262,300 | 6.79 |
| 5/18/2007 | 6.73 | 6.76 | 6.55 | 6.55 | 131,700 | 6.55 |
| 5/17/2007 | 6.85 | 6.92 | 6.67 | 6.72 | 100,800 | 6.72 |
| 5/16/2007 | 6.67 | 6.99 | 6.45 | 6.92 | 380,200 | 6.92 |
| 5/15/2007 | 6.90 | 6.90 | 6.62 | 6.64 | 295,300 | 6.64 |
| 5/14/2007 | 7.17 | 7.23 | 6.80 | 6.87 | 524,800 | 6.87 |
| 5/11/2007 | 9.21 | 9.65 | 7.10 | 7.10 | 1,747,200 | 7.10 |
| 5/10/2007 | 9.66 | 9.66 | 9.08 | 9.11 | 201,400 | 9.11 |
| 5/9/2007 | 9.24 | 9.86 | 9.20 | 9.63 | 153,100 | 9.63 |
| 5/8/2007 | 9.35 | 9.35 | 9.16 | 9.35 | 54,000 | 9.35 |
| 5/7/2007 | 9.52 | 9.64 | 9.28 | 9.35 | 143,700 | 9.35 |
| 5/4/2007 | 9.76 | 9.81 | 9.46 | 9.58 | 80,800 | 9.58 |
| 5/3/2007 | 9.85 | 10.00 | 9.70 | 9.72 | 70,600 | 9.72 |
| 5/2/2007 | 9.50 | 9.93 | 9.40 | 9.83 | 118,700 | 9.83 |
| 5/1/2007 | 9.96 | 10.09 | 9.33 | 9.56 | 258,100 | 9.56 |
| 4/30/2007 | 10.62 | 10.62 | 9.90 | 9.97 | 191,900 | 9.97 |
| 4/27/2007 | 10.00 | 10.69 | 9.96 | 10.63 | 368,000 | 10.63 |
| 4/26/2007 | 10.18 | 10.25 | 9.98 | 10.00 | 143,400 | 10.00 |
| 4/25/2007 | 10.46 | 10.48 | 10.03 | 10.16 | 151,500 | 10.16 |
| 4/24/2007 | 10.22 | 10.50 | 10.02 | 10.40 | 220,800 | 10.40 |
| 4/23/2007 | 10.43 | 10.75 | 10.10 | 10.12 | 188,000 | 10.12 |
| 4/20/2007 | 10.65 | 10.85 | 10.30 | 10.43 | 177,700 | 10.43 |
| 4/19/2007 | 10.82 | 10.91 | 10.50 | 10.53 | 202,500 | 10.53 |
| 4/18/2007 | 11.11 | 11.29 | 10.96 | 11.08 | 107,600 | 11.08 |
| 4/17/2007 | 11.50 | 11.55 | 11.05 | 11.24 | 181,700 | 11.24 |
| 4/16/2007 | 11.75 | 11.88 | 11.28 | 11.46 | 253,800 | 11.46 |
| 4/13/2007 | 11.33 | 11.95 | 11.13 | 11.60 | 345,100 | 11.60 |
| 4/12/2007 | 11.15 | 11.49 | 11.15 | 11.25 | 118,400 | 11.25 |
| 4/11/2007 | 11.08 | 11.62 | 10.80 | 11.40 | 410,200 | 11.40 |
| 4/10/2007 | 11.35 | 11.65 | 11.03 | 11.14 | 290,200 | 11.14 |
| 4/9/2007 | 12.22 | 12.22 | 11.27 | 11.35 | 592,300 | 11.35 |
| 4/5/2007 | 11.50 | 12.28 | 11.25 | 12.00 | 5,011,500 | 12.00 |
| 4/4/2007 | 10.09 | 10.22 | 9.72 | 9.79 | 173,000 | 9.79 |
| 4/3/2007 | 10.25 | 10.60 | 9.95 | 10.02 | 207,500 | 10.02 |
| 4/2/2007 | 10.28 | 10.50 | 9.80 | 10.07 | 193,500 | 10.07 |
| 3/30/2007 | 10.49 | 10.72 | 10.11 | 10.19 | 173,300 | 10.19 |
| 3/29/2007 | 10.55 | 10.97 | 10.03 | 10.53 | 379,400 | 10.53 |
| 3/28/2007 | 10.11 | 10.97 | 10.09 | 10.46 | 1,087,900 | 10.46 |
| 3/27/2007 | 9.75 | 9.89 | 9.45 | 9.54 | 87,400 | 9.54 |
| 3/26/2007 | 10.12 | 10.38 | 9.65 | 9.78 | 182,300 | 9.78 |

## Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 3/23/2007 | 10.23 | 10.62 | 10.00 | 10.04 | 351,400 | 10.04 |
| 3/22/2007 | 9.26 | 10.48 | 9.12 | 10.19 | 1,033,500 | 10.19 |
| 3/21/2007 | 8.56 | 9.45 | 8.50 | 9.32 | 584,100 | 9.32 |
| 3/20/2007 | 8.31 | 8.68 | 8.11 | 8.50 | 218,700 | 8.50 |
| 3/19/2007 | 8.30 | 8.44 | 8.16 | 8.23 | 122,700 | 8.23 |
| 3/16/2007 | 8.65 | 8.65 | 8.00 | 8.21 | 223,200 | 8.21 |
| 3/15/2007 | 8.57 | 8.95 | 8.38 | 8.57 | 151,900 | 8.57 |
| 3/14/2007 | 8.52 | 8.70 | 8.30 | 8.57 | 193,900 | 8.57 |
| 3/13/2007 | 8.84 | 8.95 | 8.50 | 8.53 | 169,100 | 8.53 |
| 3/12/2007 | 8.99 | 9.08 | 8.75 | 8.94 | 123,700 | 8.94 |
| 3/9/2007 | 9.13 | 9.21 | 8.81 | 9.00 | 165,500 | 9.00 |
| 3/8/2007 | 9.40 | 9.54 | 8.90 | 9.07 | 239,000 | 9.07 |
| 3/7/2007 | 8.86 | 9.45 | 8.81 | 9.18 | 317,600 | 9.18 |
| 3/6/2007 | 8.88 | 9.10 | 8.80 | 8.91 | 220,100 | 8.91 |
| 3/5/2007 | 8.88 | 9.19 | 8.51 | 8.55 | 223,600 | 8.55 |
| 3/2/2007 | 9.11 | 9.47 | 8.96 | 9.05 | 199,000 | 9.05 |
| 3/1/2007 | 8.99 | 9.38 | 8.85 | 9.17 | 294,300 | 9.17 |
| 2/28/2007 | 9.47 | 9.64 | 9.20 | 9.34 | 295,900 | 9.34 |
| 2/27/2007 | 10.20 | 10.29 | 9.01 | 9.36 | 628,400 | 9.36 |
| 2/26/2007 | 10.86 | 10.86 | 10.50 | 10.58 | 148,800 | 10.58 |
| 2/23/2007 | 11.12 | 11.12 | 10.80 | 10.89 | 134,800 | 10.89 |
| 2/22/2007 | 11.10 | 11.44 | 11.04 | 11.21 | 135,500 | 11.21 |
| 2/21/2007 | 11.35 | 11.58 | 11.10 | 11.16 | 167,200 | 11.16 |
| 2/20/2007 | 11.75 | 11.75 | 11.28 | 11.44 | 187,100 | 11.44 |
| 2/16/2007 | 11.40 | 11.78 | 11.35 | 11.58 | 171,700 | 11.58 |
| 2/15/2007 | 11.28 | 11.79 | 10.99 | 11.55 | 499,600 | 11.55 |
| 2/14/2007 | 10.42 | 11.80 | 10.25 | 11.30 | 1,374,900 | 11.30 |
| 2/13/2007 | 10.38 | 10.78 | 10.23 | 10.52 | 294,000 | 10.52 |
| 2/12/2007 | 11.15 | 11.16 | 10.31 | 10.43 | 553,600 | 10.43 |
| 2/9/2007 | 11.55 | 11.78 | 11.00 | 11.01 | 319,000 | 11.01 |
| 2/8/2007 | 11.85 | 12.05 | 11.25 | 11.47 | 247,700 | 11.47 |
| 2/7/2007 | 11.19 | 12.36 | 11.06 | 11.89 | 984,400 | 11.89 |
| 2/6/2007 | 11.28 | 11.60 | 11.12 | 11.17 | 249,800 | 11.17 |
| 2/5/2007 | 11.50 | 11.94 | 10.89 | 11.25 | 397,700 | 11.25 |
| 2/2/2007 | 11.59 | 11.84 | 11.45 | 11.50 | 241,800 | 11.50 |
| 2/1/2007 | 11.70 | 12.10 | 11.31 | 11.41 | 448,100 | 11.41 |
| 1/31/2007 | 13.05 | 13.05 | 11.67 | 11.69 | 1,034,900 | 11.69 |
| 1/30/2007 | 13.34 | 13.39 | 13.06 | 13.13 | 176,900 | 13.13 |
| 1/29/2007 | 13.55 | 13.55 | 13.10 | 13.12 | 226,200 | 13.12 |
| 1/26/2007 | 13.22 | 13.60 | 13.05 | 13.48 | 388,800 | 13.48 |
| 1/25/2007 | 13.50 | 13.60 | 13.04 | 13.18 | 363,400 | 13.18 |
| 1/24/2007 | 13.59 | 13.94 | 13.42 | 13.53 | 374,900 | 13.53 |
| 1/23/2007 | 13.20 | 14.16 | 13.18 | 13.56 | 687,600 | 13.56 |
| 1/22/2007 | 13.64 | 13.65 | 13.06 | 13.26 | 264,100 | 13.26 |
| 1/19/2007 | 13.03 | 13.80 | 13.00 | 13.57 | 424,700 | 13.57 |
| 1/18/2007 | 14.09 | 14.09 | 13.10 | 13.21 | 598,700 | 13.21 |
| 1/17/2007 | 14.00 | 14.45 | 13.80 | 13.88 | 627,700 | 13.88 |
| 1/16/2007 | 14.43 | 15.07 | 13.79 | 13.99 | 1,831,600 | 13.99 |
| 1/12/2007 | 13.25 | 14.42 | 12.85 | 14.25 | 2,052,500 | 14.25 |
| 1/11/2007 | 13.29 | 13.81 | 12.75 | 12.93 | 891,300 | 12.93 |

**Historical Stock Price Chart for Fuwei Films (Holdings) Co., Ltd.**

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 1/10/2007 | 14.00 | 14.54 | 13.10 | 13.10 | 1,195,300 | 13.10 |
| 1/9/2007 | 14.14 | 15.24 | 14.00 | 14.30 | 2,177,800 | 14.30 |
| 1/8/2007 | 14.35 | 14.71 | 13.66 | 13.80 | 1,072,700 | 13.80 |
| 1/5/2007 | 15.00 | 15.30 | 14.14 | 14.40 | 1,409,900 | 14.40 |
| 1/4/2007 | 15.05 | 16.10 | 14.75 | 15.05 | 2,520,400 | 15.05 |
| 1/3/2007 | 16.93 | 17.14 | 14.45 | 14.90 | 3,418,100 | 14.90 |
| 12/29/2006 | 16.90 | 18.43 | 15.75 | 15.80 | 7,713,900 | 15.80 |
| 12/28/2006 | 13.03 | 17.55 | 12.75 | 17.50 | 7,790,500 | 17.50 |
| 12/27/2006 | 13.67 | 14.09 | 12.42 | 13.00 | 2,658,800 | 13.00 |
| 12/26/2006 | 14.41 | 15.79 | 13.13 | 13.50 | 7,370,600 | 13.50 |
| 12/22/2006 | 10.50 | 12.58 | 10.20 | 12.51 | 2,500,800 | 12.51 |
| 12/21/2006 | 10.20 | 11.20 | 9.75 | 10.25 | 992,900 | 10.25 |
| 12/20/2006 | 11.70 | 12.46 | 10.08 | 10.22 | 2,893,000 | 10.22 |
| 12/19/2006 | 8.51 | 11.14 | 8.30 | 11.08 | 4,652,100 | 11.08 |