Alyson M. Weiss (AW-8474)
Laura M. Vasey (LV-0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000 (telephone)
(212) 407-4990 (fax)

*Attorneys for Defendants Fuwei Films (Holdings) Co.,
Ltd., Xiaoan He, and Mark Stulga*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :  No. 07-CV-9416 (RJS)
                                                           :
*In re*                                                    :  NOTICE OF MOTION
FUWEI FILMS SECURITIES LITIGATION                          :  ─────────────────
                                                           :
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Laura M. Vasey, with exhibits, dated May 14, 2008, the accompanying memorandum of law, defendants Fuwei Films (Holdings) Co., Ltd., Xiaoan He, and Mark Stulga, by their attorneys Loeb & Loeb LLP, will move this Court on a date and at a time designated by the Court, before Hon. Richard J. Sullivan at the Courthouse located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 12(b)(6), 8(a)(2) and 9(b) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim for violation of Sections 11, 12(a)(2), or 15 of the Securities Act of 1933.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Order of Hon. Richard J. Sullivan, dated April 18, 2008, answering papers shall be served and filed on

or before June 26, 2008 and reply papers shall be filed and served on or before July 25, 2008.

Dated:  New York, New York
        May 14, 2008

                            LOEB & LOEB LLP

                            By: _____
                            Alyson M. Weiss (AW-8474)
                            Laura M. Vasey (LV-0847)
                            345 Park Avenue
                            New York, New York 10154-1895
                            (212) 407-4000

                            *Attorneys for Defendants Fuwei Films (Holdings) Co., Ltd., Xiaoan He, and Mark Stulga*

NY719796.1
209031-10003