Alyson M. Weiss (AW-8474)
Laura M. Vasey (LV-0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000 (telephone)
(212) 407-4990 (fax)
*Attorneys for Defendants Fuwei Films (Holdings) Co.,
Ltd., Xiaoan He, and Mark Stulga*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
: No. 07-CV-9416 (RJS)
*In re* :
FUWEI FILMS SECURITIES LITIGATION : DECLARATION OF LAURA M. VASEY
:
----------------------------------------------------------X

LAURA M. VASEY declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice before the bar of this court and am a member of Loeb & Loeb LLP, attorneys for Defendants Fuwei Films (Holdings) Co., Ltd., Xiaoan He, and Mark Stulga in this action.

2. I make this declaration in support of Defendants' motion for an Order pursuant to Rule 12(b)(6), 8(a)(2) and 9(b) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim for violation of Sections 11, 12(a)(2), or 15 of the Securities Act of 1933.

3. Attached as Exhibit A is a copy of an article, with certified English translation, entitled "Great Wall Asset Management Company Encounters Avoidance of Huge Debt", published April 29, 2006 in the Economic Observer.

NY719830.1
209031-10003

    4.    Attached as Exhibit B is a copy of an article, with certified English translation, entitled "The Story of Great Wall Asset Company's Collection of 1.9 Billion in Debt in Shandong", published June 13, 2006 in <u>The Financial and Economic News</u>.

Dated: New York, New York
       May 14, 2008

                                                          Laura M. Vasey

NY719830.1
209031-10003