UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
                                     :
*In re*                              :   INDEX NO. 07 CV 9416 (RJS)
FUWEI SECURITIES LITIGATION          :   ECF CASE
                                     :
                                     :
------------------------------------ X


**DEFENDANT CHARDAN CAPITAL MARKETS, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Chardan Capital Markets, LLC, hereby certifies that defendant Chardan Capital Markets, LLC is a wholly owned subsidiary of Chardan Securities, LLC, a privately owned entity.

Dated: New York, New York
       May 20, 2008

                                                DLA PIPER US LLP

                                                By: /s/ Joshua S. Sohn
                                                    Joshua S. Sohn
                                              1251 Avenue of the Americas
                                              New York, NY 10020
                                              (212) 335-4500 (Telephone)
                                              (212) 335-4501 (Facsimile)
                                              joshua.sohn@dlapiper.com

                                              *Attorneys for Chardan Capital Markets, LLC*