UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :
*In re*                               :   INDEX NO. 07 CV 9416 (RJS)
FUWEI SECURITIES LITIGATION           :   ECF CASE
                                      :
                                      :
------------------------------------- X

## DEFENDANT WR HAMBRECHT + CO., LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant WR Hambrecht + Co., LLC, hereby certifies that defendant WR Hambrecht + Co., LLC, is wholly owned by WR Hambrecht + Co., Inc., a privately owned corporation.

Dated:  New York, New York
        May 20, 2008

                                        DLA PIPER US LLP

                                        By: /s/ Joshua S. Sohn
                                            Joshua S. Sohn
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        (212) 335-4500 (Telephone)
                                        (212) 335-4501 (Facsimile)
                                        joshua.sohn@dlapiper.com

                                        *Attorneys for WR Hambrecht + Co., LLC*