UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
                                     :
*In re*                              :  INDEX NO. 07 CV 9416 (RJS)
FUWEI SECURITIES LITIGATION          :  ECF CASE
                                     :
                                     :
------------------------------------ X

## DEFENDANT MAXIM GROUP LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Maxim Group LLC, hereby certifies that Maxim Partners LLC, a privately owned entity, is the parent of defendant Maxim Group LLC.

Dated: New York, New York
       May 20, 2008

                                        DLA PIPER US LLP

                                        By: /s/ Joshua S. Sohn
                                        Joshua S. Sohn
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        (212) 335-4500 (Telephone)
                                        (212) 335-4501 (Facsimile)
                                        joshua.sohn@dlapiper.com

                                        *Attorneys for Maxim Group LLC*