Alyson M. Weiss (AW-8474)
Laura M. Vasey (LV-0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000 (telephone)
(212) 407-4990 (fax)

*Attorneys for Defendants Fuwei Films (Holdings) Co.,
Ltd., Xiaoan He, and Mark Stulga*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:      No. 07-CV-9416 (RJS)
*In re*                                               :
FUWEI FILMS SECURITIES LITIGATION   :      RULE 7.1 STATEMENT
:
:
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Fuwei Films (Holdings) Company, Ltd. ("Fuwei") certify: (i) that Apex Glory Holdings Limited, a privately-held company, owns over 52% of Fuwei's common stock, and (ii) that there are no publicly-held corporations owning 10% or more of Fuwei's stock.

Dated: New York, New York
       May 20, 2008

LOEB & LOEB LLP

By: /s/ Laura M. Vasey
    Alyson M. Weiss (AW-8474)
    Laura M. Vasey (LV-0847)
    345 Park Avenue
    New York, New York 10154
    (212) 407-4000

Attorneys for Defendants Fuwei
Films (Holdings) Co., Ltd., Xiaoan
He, and Mark Stulga

NY721121.1
209031-10003