USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

# The Rosen Law Firm

INVESTOR COUNSEL

Phillip Kim, Esq.
pkim@rosenlegal.com

*MEMO ENDORSED*

**BY FEDEX**

Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *In re Fuwei Films Securities Litigation,* Case No. 07-CV-9416 (RJS)

Your Honor:

We are Lead Counsel for Lead Plaintiff Nijat Tonyaz and named Plaintiffs Daniil Reouk and
Jerome Sahlman (collectively the "Plaintiffs") in the above-referenced consolidated securities
class action. I respectfully write to request leave to file a single opposition brief in response to
Defendants' motions to dismiss, not to exceed 50 pages. This request is made with the consent
of the Company and Underwriter Defendants.[1]

On May 14, 2008 the Company and Underwriter Defendants each filed motions to dismiss the
Consolidated Amended Class Action Complaint, and separately filed memoranda in support of
their respective motions. Both briefs total 48 pages.

Instead of filing two 25 page memoranda in opposition to Defendants' respective motions,
Plaintiffs believe that a single memorandum in opposition will further judicial economy and
avoid repetition. Thus, Plaintiffs respectfully request leave of Court to file a single memorandum
in opposition to the Company and Underwriters' respective motions to dismiss, not to exceed 50
pages.

*Plaintiffs may file a single opposition brief not to exceed 48 pages.*

Respectfully submitted,

Phillip Kim (PK 9384)

**SO ORDERED**
Dated: 6/9/08

RICHARD J. SULLIVAN
U.S.D.J.

---

[1]    The "Company Defendants" refer to defendants Fuwei Films (Holdings) Co., Ltd, Xiaoan
He, and Mark Stulga; the "Underwriter Defendants" refer to defendants Maxim Group LLC; WR
Hambrecht + Co, and Chardan Capital Markets, LLC.

1