**THE ROSEN LAW FIRM, P.A.**
Timothy W. Brown (TB 1008)
tbrown@rosenlegal.com
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X :
: Case no. 07-CV-9416 (RJS)
IN RE FUWEI FILMS SECURITIES LITIGATION :
: NOTICE OF APPEARANCE OF
: TIMOTHY W. BROWN
:
: BY ECF FILING
-----------------------------------------------------------X :

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs Carlos Munoz and for Lead Plaintiffs Joseph Nunn, The Hantash Family consisting of Basil Hantash, his mother Amna Hantash, and his brother Bashar Hantash, and Kenneth Price.

    I certify that I am admitted to practice in this court.

6/25/08

Date

Signature
Timothy W. Brown     TB-1008
Print Name     Bar Number

350 Fifth Avenue, Suite 5508
Address
New York    NY     10118
City    State    Zip Code
(212) 686-1060     (212) 202-3827
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Timothy W. Brown