**THE ROSEN LAW FIRM, P.A.**
Timothy W. Brown (TB 1008)
tbrown@rosenlegal.com
Phillip Kim, Esq. (PK 9384)
pkim@rosenlegal.com
Laurence M. Rosen, Esq. (LR 5733)
lrosen@rosenlegal.com
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Lead Counsel for Plaintiffs and Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   :
                                                               :   Case no. 07-CV-9416 (RJS)
IN RE FUWEI FILMS SECURITIES LITIGATION                        :
                                                               :   AMENDED NOTICE OF
                                                               :   APPEARANCE OF TIMOTHY W.
                                                               :   BROWN
                                                               :
-----------------------------------------------------------X   :   BY ECF FILING

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs Nijat Tonyaz, Daniil Reouk, and Jerome Sahlman.

    I certify that I am admitted to practice in this court.

| 6/25/08 | /s/ Timothy W. Brown    TB-1008 |
|---|---|
| Date | Signature |
|  | Timothy W. Brown — Print Name / TB-1008 — Bar Number |
|  | 350 Fifth Avenue, Suite 5508 |
|  | Address |
|  | New York, NY    10118 |
|  | City    State    Zip Code |
|  | (212) 686-1060    (212) 202-3827 |
|  | Phone Number    Fax Number |

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of June, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Timothy W. Brown