UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Case No. 07-CV-9416 (RJS)

In re FUWEI FILMS SECURITIES LITIGATION

------------------------------------------------------------X

### DECLARATION OF _Graham Paul Faulkner_ CONCERNING TRANSLATION PROCEDURES AND RESULTS THEREOF

I, _Graham Paul Faulkner_, declare and state, under penalty of perjury, that the following is true and correct based upon my personal knowledge:

I have _2_ years of experience as a translator (approximately _1,000_ assignments with a source word count of _1,500,000_ words). I have been fluent in Chinese for over _5_ years. I am employed by K SOFT Enterprise Co., Ltd., headquartered in Tokyo, Japan.

I have read the Chinese version of the documents identified below and translated the documents into English. The following documents are, to the best of my knowledge and belief, a true and accurate translation of those documents from Chinese into English.

"Great Wall Asset Co. Goes to Shandong Seeking Payment of a RMB 1.9 Billion Debt," from *21 Century Economic Report*, Author: Ke Zhixiong, Jiang Yunxiang, 2006-06-13

"Four Ministries Jointly Investigate "NEO-LUCK" Case in Shandong Province; Three Top Managers Detained and Interrogated," from http://www.caijing.com.cn/newcn/home/headline/2007-05-12/19369.shtml, 2007-05-12

"Suspected of Embezzling State-owned Assets Top executives of Weifang Neo-Luck Group Put in 'Shuang'gui'," from *Website of the Economic Investigation/Detective Branch of Shandong Public Security*, www.qljz.com.cn

"How Neo-luck Escaped Debt," from *Caijing Magazine*, http://www.sina.com.cn, June 11, 2007

"*Neo-Luck*'s Metamorphosis: From 'Xin Li Ke' to 'Xin Li Kai'," from Caijing Magazine http://finance.sina.com.cn/chanjing/b/20070611/16503680520.shtml, June 11, 2007

I declare under the laws of the United States that the foregoing is true and correct.

Executed this 25 day of June, 2008.

*Graham Paul Faulkner*
Name of Translator

2