Home     Contact Us     Map    



| Home | About Us | Disposal Announcement | New Projects | China Insight | NewsRoom | Contact Us |  |

**Home > About Us > Company Overview**

China Great Wall Asset Management Corporation (CGWAMC) is a wholly state-owned financial management company, established with approval from China's central government. With a registered capital of RMB 10 billion Yuan, the company is fully funded by the Ministry of Finance.

The establishment of the company is of great impact on China's financial management. The company specializes in acquiring, managing and disposing non-performing assets originating from state-owned commercial banks, in the pursuit of minimizing financial risks, deepening the reform of the financial system and sharpening the competitive edge of state-owned commercial banks in the international market. Taking full advantage of its legal privileges and professional expertise, CGWAMC will be committed in maximizing the recovery value of non-performing loans and the preservation of the state-owned assets through various methods, including debt collection, asset exchange and leasing, asset assignment and sale, debt restructuring & enterprises reorganization, debt-equity swap and asset securitization. CGWAMC will be playing an important role in the development of China¡¯s capital market as well as in the innovation of modern financial instruments. CGWAMC¡¯s mission will also help establish a public credit system and a new market order for the socialist economy.

    Copyright © China Great Wall Asset Management Corporation Rights Reserved.