UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :
                                      :   INDEX NO. 07 CV 9416 (RJS)
                                      :   ECF CASE
                                      :
*In re*                               :   **DECLARATION OF CARYN G.**
FUWEI SECURITIES LITIGATION           :   **SCHECHTMAN, ESQ. IN FURTHER**
                                      :   **SUPPORT OF MAXIM GROUP LLC,**
                                      :   **CHARDAN CAPITAL MARKETS, AND**
                                      :   **WR HAMBRECHT + CO., LLC'S**
                                      :   **MOTION TO DISMISS THE**
                                      :   **CONSOLIDATED AMENDED CLASS**
                                      :   **ACTION COMPLAINT**
                                      :
------------------------------------- X

CARYN G. SCHECHTMAN, ESQ. declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of this Court and a member of DLA Piper US LLP, counsel for Defendants Maxim Group LLC, Chardan Capital Markets, and WR Hambrecht + Co., LLC (the "Underwriters"). I submit this declaration in further support of the Underwriters' motion to dismiss.

2. Attached as Exhibit 1 is a true and correct copy of the contents of the webpage located at: http://www.caijing.com.cn/20070512/19369.shtml.

3. Attached as Exhibit 2 is a true and correct copy of the contents of the webpage located at: http://finance.sina.com.cn/chanjing/b/20070611/16503680520.shtml.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
       July 25, 2008

_____
Caryn G. Schechtman