四部委立案 新立克高管被双规-政经-《财经网》



全原创    高品质    可信赖

《财经网》> 政经 > 四部委立案 新立克高管被双规

## 四部委立案 新立克高管被双规

《财经》记者 历志钢《财经》网络版    [ 05-12 17:39 ]  共有 71 条点评

**新立克实际控制人、前任董事长尹军、现任董事长王铎以及原新立克分管财务的副总经理季晓芳三人，因侵吞巨额国有资产被"双规"，由中纪委、公安部、审计署、银监会等组成的联合办案小组突审。该集团优质企业纷纷破产，大都为高管直接或间接控制。**

【网络版专稿/《财经》杂志记者 历志钢】"五·一"长假的第一天，山东潍坊，正在庆祝第24届国际风筝会。在这个名扬海内外的风筝之乡喧嚣热闹的场景背后，中纪委、公安部等部门联合办案人员已悄然空降潍坊。

有消息人士证实，潍坊新立克(集团)有限公司(下称新立克)的实际控制人、前任董事长尹军、现任董事长王铎以及原新立克集团董事、分管财务的副总经理季晓芳三人，因侵吞巨额国有资产，涉嫌经济犯罪而被"双规"。由中纪委、公安部、审计署等多方组成的专案组，对上述嫌疑人员突审。

此时距离长城资产管理公司(下称"长城公司")购得新立克集团不良贷款包已近一年半时间。2005年10月，长城公司从中国银行购得新立克面值19亿元的不良贷款。但在清收时，长城公司发现，新立克的大多数优质企业在2003年之后相继破产，继而将负债全部转嫁到其空壳母公司身上，致使各债权金融机构几近颗粒无收。

在与新立克集团谈判未果后，2006年4、5月间，长城公司诉诸媒体。该公司有关人士将这一案件评论为"最大的国有资产流失案"。

根据《财经》记者调查，事件被曝光以后，尹、王等人四处活动，在长达一年的时间里不仅安然无恙，反而继续加大了破产逃废债的力度。

2006年11月，长城公司通过银监会，报请公安部，对尹军、王铎等新立克多名高管实施了边控（禁止出境的控制），但直至2007年2月第二次延续边控（一般边控期限是三个月），新立克案仍未有进展。

这一状况持续到今年三月中旬，审计署开始对长城资产管理公司开展常规审计。在此过程中，新立克涉嫌假破产逃废债、侵吞国有资产的可疑之处引起了审计人员的重视。此后，审计署对新立克项目作了专项现场审计。4月中旬，审计署在调查后认为案情严重，即以"审计要情"的形式向国务院汇报并获重要批示，中纪委、公安部、银监会、审计署随即联合立案，并在5月1日下午，在潍坊将尹军、王铎、季晓芳依法控制。

新立克集团注册资本人民币36300万元，原为潍坊市第一大国有企业集团。潍坊市国有资产管理局投资35937万元，占股99%；潍坊市国有资产经营投资公司投资363万元，占股1%。新立克集团拥有全资和控股企业20余家，在美国、澳大利亚和香港设有三家海外公司，拥有员工3000多人，资产总额38.8亿元，是山东省重点企业集团和全国520家重点企业集团。

截至2000年末，新立克集团负债总额34.16亿元，所有者权益为3.74亿元。根据有关银行的调查，新立克从1997年开始欠息，这种情况持续到2000年的时候，新立克已经无法再获得任何贷款，其原有贷款也被银行方面划为"不良"。据统计，新立克集团的负债几乎遍及当地商业银行。但在2005年的银行改革中，新立克的有关银行债务被转至资产管理公司。

据此前长城资产管理公司的调查，自2003年始，新立克集团即有计划地实施假破产逃废债的系列动作，破产企业均为该集团的优质企业，而这些企业破产易手后，大都为新立克高管直接或间接控制。目前，具体案情正进一步侦破。■

**3秒注册，立即免费在线阅读当期杂志文章>>**

📇打印　📇电邮推荐　📇放进收藏夹　📇投稿

本新闻相关点评（共71条）　　　　　　　　　　　　　　　　　　　　　更多点评>>

📇《财经网》网友　　　　　　　　　　　　　　2008-06-30　02:03:21　发表
"新立克的只他们自己起步的，就算借银行的钱也是要还的" ------------------------------------------------ -------- 关键问题就是他们通过假破产赖掉银行的巨额贷款。

IP:*　　　　　　　　　　　　　　　　　　　引用　　　支持(0)　反对(0)

📇《财经网》网友　　　　　　　　　　　　　　2008-05-23　21:25:21　发表
当官的，侵吞国家财产那么心安理得？！

IP:*　　　　　　　　　　　　　　　　　　　引用　　　支持(0)　反对(0)

📇《财经网》网友　　　　　　　　　　　　　　2008-05-23　14:52:21　发表

pei

IP:*                                                引用    支持(1) 反对(1)

《财经网》网友                         2008-04-21   12:33:18   发表

很想笑,墙头草随风倒,看发帖子的人都知道,你们扪心自问你们都是真心话吗?我不说多了.不用几亿几亿的,几万摆在你们面前,你们有几个不动心的?说别人的同时考虑下自己,请不要用上国家蛀虫之类云云,新立克的只他们自己起步的,就算借银行的钱也是要还的,奉劝你们这些自已为是的的"高人"们你们算什么呢?不懂请不要装懂,最后只能最当SB一样``一笑而过``

IP:*                                                引用    支持(1) 反对(3)

《财经网》网友                         2007-07-24   12:00:00   发表

可恶得很

IP:*                                                引用    支持(1) 反对(1)

我也说两句:[所发表点评仅代表网友个人观点,不代表《财经网》观点]        更多点评>>

用户名:《财经网》网友    密码:          登录      □匿名    马上点评

联系我们 | 加入我们 | 广告业务 | 《财经》奖学金 | 《财经》会议 |

有意与本刊合作者, 有关合作事宜请与《财经》杂志联系。未经《财经》杂志书面授权, 请勿转载或

[京ICP证070301号] 增值电信业务经营许可证[B2-20040250] 广告经营许可证[京海

Copyright 《财经》杂志 All Rights Reserved 版权所有 复制必究