首页 新闻 体育 娱乐 财经 股票 科技 博客 播客 视频 汽车 房产 游戏 女性 读书 考试 星座

爱问搜索 网页搜索 搜索 Google 网页 新闻 视频 音乐 图片

新浪财经 新浪财经 > 产经 > 正文 贝乐至

# 新立克变形记：从新立克到新力凯

http://www.sina.com.cn 2007年06月11日 16:50 《财经》杂志

**从新立克到新力凯**

北京市东城区东长安街一号，地处京城最昂贵地段的东方广场写字楼C2座第10层，正是北京新力凯控股有限公司所在地。如果不是谐音，外人很难把这家成立于2006年9月、与众多跨国公司为邻的"新力凯"与山东潍坊的破产企业"新立克"联系起来。

5月25日，《财经》记者来到山东潍坊新立克集团所在地，指路牌上"集团总部"的字样依稀可见。曾为新立克集团总部的三层白色小楼了无生气。当地工作人员称，"现在这里已是富华游乐园的办公楼"。

新立克和新力凯的名字"巧合"，来源于其创始人尹军对新立克英文名"New Luck"的偏爱。

现年47岁的尹军是潍坊市临朐县人，1976年，年仅16岁的尹军通过招工，成为潍坊市政府第一招待所的服务员，后在中国国际旅行社潍坊支社工作。据当地人介绍，未受过高等教育的尹军相当具备生意头脑。"在青岛等地进货，为当地的宾馆饭店供应烟酒。后来尹军以国有企业职工身份牵头创建了潍坊市旅游服务公司，挂靠在潍坊市旅游局下面，这就是新立克的雏形。很快，尹军玩上了皇冠3.0。"

"潍坊市旅游服务公司"发展神速，1993年5月经潍坊市政府批准改制为新立克集团。2000年5月新立克注册资本达到3.63亿元，潍坊市国有资产管理局投资35937万元，占股99%；潍坊市国有资产经营投资公司投资363万元，占股1%。新立克集团拥有全资和控股企业20余家，在美国、澳大利亚和香港设有三家海外公司，拥有员工3000多人，资产总额38.8亿元，一度成为潍坊市第一大国有企业集团，曾名列山东省重点企业集团和全国520家重点企业集团之中。

到这里，新立克的发展历程和上世纪90年代戴"红帽子"的企业颇为相似，只是帽子更大而色更红，这为新立克下一步私有化提供了看似合理的逻辑。但这不是全部真相。

事实证明，新立克的资产几乎完全依靠银行贷款膨胀而来。根据中国银行（ 4.23,-0.07,-1.63%）潍坊分行的调查报告，到2000年末，新立克共有企业和投资项目达到23个，公司资产总额达到37.9亿元，负债总额34.16亿元，所有者权益仅为3.74亿元。

时至今日，已经很难查证资本金有限的新立克是如何从各家银行获得如此庞大的贷款的，但

显然，高负债率亦使之步履蹒跚。新立克从1997年开始欠息，到2000年，已经无法再获得新增贷款，其原有贷款也被银行方面划为"不良"。

据统计，新立克集团的负债几乎遍及当地商业银行。知情人士透露，"潍坊建行和农行位于奎文区东风街的宿舍楼与办公楼，都是从新立克抵债划转而来。"在2003年底启动的国有银行改革中，新立克的部分银行债务被转至资产管理公司。

几乎与此同时，尹军等人发现了"危中之机"。自2003年始，新立克集团开始实施"假破产、真逃债"的系列计划。破产企业均为该集团的优质企业，在这些企业破产易手后，大都为新立克高管直接或间接控制。新力凯就是承接这些破产企业资产的新平台。

工商资料显示，新力凯成立于2006年9月，山东富华投资有限公司(下称富华投资)出资4950万元，占99%股权；另有一名叫王静的个人股东出资50万元，占1%股权。这家成立仅半年多的企业，旗下资产全部来自新立克近五年破产的企业。

新力凯的官方网站(www.zenika.com.cn)显示，其拥有的品牌及管理的产业包括富华游乐园、富华大酒店、富华国际展览中心、荔湾饮食、新力凯置业、富维薄膜、雅悦酒店等等。

这几乎就是新立克的"精华版"，所不同的是它们已甩掉债务、轻装上阵；更重要的是，它们已经成为民营企业富华投资旗下的资产。

《财经》记者调查发现，富华投资是尹军等新立克高管成立的民营企业。它与北京百利通投资有限公司(下称百利通)一起，成为尹军"破产、逃债、私有化"的主要资本平台；不仅承接了"破产"后的新立克企业资产，又将这些企业重新汇聚到新力凯的旗下。

富华投资的前身是山东宝瑞投资有限公司(下称山东宝瑞)，成立于2003年9月26日，主要股东包括尹军(17.5%)、王锋(4.6%)、季晓芳(3%)、杨永升(2.5%)和周同巨(13.35%)等个人，以及新立克集团工委会(14.7%)、富华大酒店工委会(6.9%)、新立克塑胶工委会(9.85%)、新立克鸢飞大酒店工委会(19.6%)。 2005年10月，山东宝瑞更名为富华投资，注册资本2000万元。

百利通成立于2002年9月，注册资本2000万元，为黄有余、季晓芳、周同巨、王锋等新立克高管在北京发起设立。公开资料显示，富华游乐园、富华大酒店、潍坊富维塑胶有限公司等企业在私有化的过程中，都有百利通的参与。

山东宝瑞成立的当天，2003年9月26日，时年43岁的尹军正式卸任新立克董事长职务，从此开始了幕后指挥，新立克则由王锋坐镇，季晓芳在北京管理业已私有化的财产，三方联手，前后用了五年的时间，完成了从新立克到新力凯的转换过程。

【上一页】 [1] [2] [3] [4] [5] 【下一页】

【发表评论】

爱问(iAsk.com) 请输入关键词　　搜新闻　搜网页　搜博客

【谈股论金】【收藏此页】【股票时时看】【大 中 小】【rss订阅】【多种方式看新闻】【打印】【关闭】

## 产经动态栏目

西铁城关于质量与售后问题报道的声明 2007-06-11 16:46

机票价不设下限说法不实 民航局未发表相关言论 2007-06-11 16:13

我国将停建粮食乙醇燃料项目 2007-06-11 15:48

卫生部否认推行处方管理办法影响医药企业竞争 2007-06-11 15:39

国内一些投资人士开始将眼光投向海外 2007-06-11 15:01

宁夏药品招标三统一效果好但是推行难 2007-06-11 14:36

我国羊绒企业身陷生长困局：资源大国挣小钱 2007-06-11 14:33

中国所有出口食品9月1日起需加施检验检疫标志 2007-06-11 14:31

国际游艇巨头相中三亚 2007-06-11 14:30

三亚：私家游艇仍是零 2007-06-11 14:28

### 热点新闻

美国财富杂志公布全球企业500强 中石化排16位

楼市交易或倒退10年 深圳官方研究机构呼吁救市

官方消息人士确认6月CPI同比涨7.1%

A股怪现象：中报预亏股整体大涨

20家公司发布业绩预告 16家预增

综述：金融板块拖累类股大幅下滑

午评：沪指跌21点 失守2900点

股海导航 7月10日沪深股市增新交易提示

证监会澄清清平准基金传言

胡锦涛：建设包容有序的国际金融体系

### 精彩博文

周五押准三个机会     wu2198

应对反弹的操作策略     六月冬眠

获利回吐致大盘快速跳水     小宋论股

谨慎看大盘精心做个股     叶弘

有十连阴就不十连阳     木东

Acosta：每次坐东航飞机都让我头痛     Acosta

唐一菲：我的素可朋定拍拍(组图)     唐一菲

央视奥运直播取消30秒延时意味着什么     骆斯

闾丘露薇：萨科齐水不来，其实无所谓     闾丘露薇

对河南"宝马开道警车"的四个疑问     盛大林

### 王京 历志钢其他文章

京东方清仓冠捷套现11.4亿港元 将如何资产重组 2007-05-16 06:40

京东方欲卖冠捷股份 2007-05-14 13:22

四部委立案 新立克高管被双规 2007-05-14 09:12

万杰之殇 2007-04-30 15:54

京东方A减负谋求摘帽 2007-03-28 07:24

完成对华宇收购TNT加快在华布局 2007-03-20 02:01

民生银行增发博弈 2007-03-19 16:19

民生银行42亿关联贷款曝光 2007-03-19 16:13

### 《财经》杂志其他文章

无锡臭水门 2007-06-10 10:34

新浪财经网友意见留言板　电话：010-82628888-5174　　欢迎批评指正

新浪简介 | About Sina | 广告服务 | 联系我们 | 招聘信息 | 网站律师 | SINA English | ｊ

Copyright © 1996-2007 SINA Corporation, All Rights Reserved

新浪公司 版权所有