Alyson M. Weiss (AW-8474)
Laura M. Vasey (LV-0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000 (telephone)
(212) 407-4990 (fax)
*Attorneys for Defendants Fuwei Films (Holdings) Co.,
Ltd., Xiaoan He, and Mark Stulga*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:    No. 07-CV-9416 (RJS)

*In re*                                            :    REPLY DECLARATION OF LAURA M.
FUWEI FILMS SECURITIES LITIGATION                  VASEY IN FURTHER SUPPORT OF
                                                   :    <u>MOTION TO DISMISS</u>

-----------------------------------------------------------X

LAURA M. VASEY declares as follows pursuant to 28 U.S.C. § 1746:

1.    I am an attorney duly admitted to practice before the bar of this court and am a member of Loeb & Loeb LLP, attorneys for Defendants Fuwei Films (Holdings) Co., Ltd., Xiaoan He, and Mark Stulga in this action.

2.    I make this declaration in further support of Defendants' motion for an Order pursuant to Rule 12(b)(6), 8(a)(2) and 9(b) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim for violation of Sections 11, 12(a)(2), or 15 of the Securities Act of 1933.

3.    Attached hereto as Exhibit 1 is a copy of an article dated May 16, 2007 published by the Qilu Economic Crime Investigation (www.qljz.com.cn).

4.    Attached hereto as Exhibit 2 is an opinion dated June 26, 2005 issued from the Court of Appeal of New Zealand in Meridian Global Funds Management Asia Ltd. v. Securities Commission.

NY732010.1
209031-10003

5. Attached hereto as Exhibit 3 is a copy of the Cayman Islands (Appeals to Privy Council) Order 1984.

Dated: New York, New York
July 25, 2008

_____
Laura M. Vasey