Alyson M. Weiss (AW-8474)
Laura M. Vasey (LV-0847)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000 (telephone)
(212) 407-4990 (fax)
*Attorneys for Defendants Fuwei Films (Holdings) Co.,
Ltd., Xiaoan He, and Mark Stulga*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:          No. 07-CV-9416 (RJS)

*In re*                                              :     SUPPLEMENTAL REPLY DECLARATION
FUWEI FILMS SECURITIES LITIGATION    OF LAURA M. VASEY IN FURTHER
:          SUPPORT OF MOTION TO DISMISS

------------------------------------------------------------X

LAURA M. VASEY declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice before the bar of this court and am a member of Loeb & Loeb LLP, attorneys for Defendants Fuwei Films (Holdings) Co., Ltd., Xiaoan He, and Mark Stulga (collectively, "Defendants") in this action.

2. I make this declaration in further support of Defendants' motion for an Order pursuant to Rule 12(b)(6), 8(a)(2) and 9(b) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim for violation of Sections 11, 12(a)(2), or 15 of the Securities Act of 1933.

3. Attached hereto as Exhibit A is the Chinese version of the news article

dated May 16, 2007, published by Qilu Economic Crime Investigation. The English translation of this article is attached as Exhibit 1 to my Declaration dated July 25, 2008.

Dated: New York, New York
July 29, 2008

*Laura M. Vasey*
Laura M. Vasey