

| 首 页 | 警务公开 | 经侦动态 | 大案传真 | 防范预警 | 经济看点 | 在线通缉 | 网上投诉 | 在线咨询 | 建议留言 | 经侦战线 |

您现在的位置>>首页>>经济看点

### 涉嫌侵吞巨额国资 潍坊新立克三高管被双规

涉嫌侵吞巨额国资 潍坊新立克三高管被双规

**快速发展和兼并扩张为新立克带来了巨大的"负面效应"———资产负债率高达90.8%。2003年开始,其旗下的优质资产,包括富华游乐园、鸢飞大酒店、富华大酒店等陆续破产**

从去年底就流传于坊间的传言终于被证实。

5月1日，由中纪委、公安部、银监会、审计署等4部委组成的联合专案组"空降"潍坊，潍坊新立克（集团）有限公司（下称"新立克"）的实际控制人、前任董事长尹军，现任董事长王铎，以及原董事、分管财务的副总经理季晓芳三人，因侵吞巨额国有资产，涉嫌经济犯罪而被"双规"。

"这几天大家都在私下里议论，认为这是早晚的事。"新立克一位不愿透露姓名的管理人员说，这几年新立克旗下的企业纷纷破产后转变为个人所有，虽然员工包括管理人员基本上还是原来的，但大家都觉得心里不踏实，"富华酒店这几年赚的钱都转到北京雅悦酒店管理公司了，而不是新立克集团。同时，破产后的企业虽然实际控制人还是尹军，但企业名称都改了，新立克塑胶改成了富维塑胶。为什么改名呢？应该是为了逃债。"这位管理人员说，他们早就对新立克某些高管的行为产生了怀疑。

**旗下企业纷纷破产**

新立克成立于1987年，由潍坊国有资产管理局持股99%，注册资本3.63亿元，

拥有全资和控股企业20余家，在美国、澳大利亚和中国香港设有三家海外公司，拥有员工4000多人，为山东省136家重点企业集团和全国520家重点企业集团之一。旗下的富华大酒店、鸢飞大酒店、富华游乐园成为潍坊的标志物；塑胶股份公司是集团的主导产业公司，在国内聚酯薄膜行业中居第二位。

2000年，集团的销售额即达到了32.7亿元。但快速发展和兼并扩张也为新立克带来了巨大的"负面效应"———截至2001年6月30日，集团长期负债总额为11.2亿元，其中长期借款11.0亿元，流动负债23.5亿元，短期借款19.6亿元。资产总额38.2亿元，资产负债率达90.8%。

2000年前后，新立克开始缩减企业并实施破产还债。2003年7月，新立克旗下的鸢飞大酒店破产；2005年，潍坊富华新建业房地产有限公司、新立克塑胶有限公司、新立克石材制品有限公司相继进入破产程序；2006年3月，集团过去的核心资产———潍坊富华大酒店有限公司、潍坊富华游乐园有限公司又被潍坊市中院裁定破产还债。

2007年1月，富华大酒店破产还债后的第一次债权会议在潍坊召开。至此，新立克旗下的优质企业基本全部破产。

**缘起长城收购**

问题的暴露，是在长城资产管理公司收购新立克集团的债权之后。

2005年10月，长城公司从中国银行购得新立克面值19亿元的不良债权。长城公司对新立克感兴趣的，是其旗下有广州一块土地1.6亿元的收益权，以及已达成抵债意向的标的物———富华大酒店。但这块2003年11月已被冻结的1.6亿元的土地收益权，却在长城公司接手后仍被潍坊中院以潍坊富华新建业房地产有限公司破产为由划转走了；2006年3月，富华大酒店又被潍坊中院裁定破产。

长城公司损失惨重。其新闻处处长文显堂说，这是"长城不良资产处置历史以来最大金额的国有资产流失案，""也很有可能是四家资产管理公司中最大的国有资产流失案。"

2006年11月，长城公司通过银监会，报请公安部，对尹军、王铎等新立克多名高管实施了边控（禁止出境的控制）。至今年2月，又对其实施了第二次延续边控（一般边控期限为3个月）。

今年3月中旬，审计署开始对长城资产管理公司开展常规审计。新立克涉嫌假破产逃废债、侵吞国有资产的可疑之处，引起了审计人员的重视。

此后，审计署对新立克项目作了专项现场审计。4月中旬，审计署在调查后认为案情严重，即以"审计要情"的形式向国务院汇报并获重要批示。5月1日，4部委专案组赶赴潍坊，将新立克高管尹军等人依法控制。目前案情正在进一步调查中。

DO NOT TRANSLATE BEYOND THIS POINT